.UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __3|11|16__

UNITED STATES OF AMERICA

- against -

ROBIN SMYTH,

                    Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference scheduled for March 11, 2016 is

adjourned to **Monday, April 11, 2016 at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall

United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that the time between March, 2016, and April 11, 2016 is

excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). This Court finds that the ends

of justice served by granting a continuance outweigh the best interests of the public and the

Defendant in a speedy trial in that the continuance will afford the parties time to engage in

discussions concerning a possible disposition of this matter.

Dated: New York, New York
       March 10, 2016

SO ORDERED.

Paul G. Gardephe
United States District Judge