

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 27, 2016

**BY FAX**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/16
```

Re:   United States v. Robin Smyth,
      S2 15 Cr. 536 (PGG)

Dear Judge Gardephe:

The Government respectfully submits this letter, with the consent of defense counsel, to request the scheduling of a pre-trial conference on Wednesday, May 4, 2016 at 4:30pm to address the defendant's change of plea.

Respectfully submitted,

PREET BHARARA
United States Attorney

**SO ORDERED:**

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.

April 28, 2016

By: _____
Damian Williams
Andrea Griswold
Assistant United States Attorneys
(212) 637-2200

cc:   Defense Counsel (by e-mail)