```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ROBIN SMYTH,

          Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Robin Smyth (Reg. No. 92462-054) is ordered released on the following conditions: a $500,000 personal recognizance bond secured by $125,000 in cash – posted by his wife – and the signature of Robert Petty. The Defendant will be subject to GPS monitoring while on pretrial release, and will reside at the Connecticut home of Mr. Petty for the next 30 days, and thereafter at a residence acceptable to the Pretrial Service Office. The Defendant's travel is restricted to the Southern and Eastern Districts of New York and the District of Connecticut. Having surrendered his passport to the Government, the Defendant is to make no new application for travel documents. The Defendant will be subject to regular Pretrial Services supervision while on pretrial release.

Dated: New York, New York
       May 4, 2016

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge