# BACHNER & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
### 39 BROADWAY
### SUITE 1610
### NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

www.bhlawfirm.com
www.bachnerlaw.com

MICHAEL F. BACHNER*
SCOTT J. SPLITTGERBER**
HOWARD WEINER***

*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN ILLINOIS
***ALSO ADMITTED IN CALIFORNIA AND NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

May 31, 2016

**Via ECF**
Hon. Paul G. Gardephe
US District Court Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/16
```

**Re:** *USA v. Tuzman (Robin Smyth) (15 Cr. 536) (PGG)*

Dear Judge Gardephe:

I am writing with the consent of the Government to respectfully request a modification of Mr. Smyth's bail conditions set on May 10, 2016. The conditions now in effect are as follows:

> PRB Bond Entered as to Robin Smyth in amount of $ 500,000.00. Secured by $125,000.00 in Cash (Posted by his wife) and signature of Robert Petty; Defendant will be subject to GPS monitoring while on pretrial release, **and will reside at the Connecticut home of Mr. Petty for the next 30 days and thereafter at a residence acceptable to the pretrial services office;** Travel limits include the SDNY & EDNY and the DCT; Having surrendered his passport to the Government, the defendant is to make no new application for travel documents; regular pretrial supervision while on pretrial release (jw) (emphasis added)

The modification request deals solely with the highlighted condition. Since Mr. Smyth's release he has been residing in Mr. Petty's apartment. However, Mr. Petty has been in effect residing with his girlfriend, and has spent virtually no time in the apartment. Accordingly, the government has agreed to allow Mr.

**BACHNER & ASSOCIATES, P.C.**

Smyth to continue to reside in Mr. Petty's apartment until such time as Mr. Smyth notifies the government that Mr. Petty has moved back into his residence. At that time Mr. Smyth will have thirty days to make new living arrangements.

Respectfully submitted,

*Michael F. Bachner*

SO ORDERED:

_____
USDCJ Gardephe

June 1, 2016

MFB/jl