

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 17, 2016

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **United States v. Robin Smyth**,
               S2 15 Cr. 536 (PGG)

Dear Judge Gardephe:

      The Government respectfully submits this letter, with the consent of defense counsel, to request that the Court set a December 2016 control date for Robin Smyth's sentencing in the above-referenced case.

                                                 Respectfully submitted,

                                                 PREET BHARARA
                                               United States Attorney

                               By:  _____
                                              Damian Williams
                                             Andrea M. Griswold
                                             Assistant United States Attorney
                                             (212) 637-2298/1205

cc:    Defense Counsel (by e-mail)