

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 17, 2016

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/21/16

     Re:    **United States v. Robin Smyth,**
           **S2 15 Cr. 536 (PGG)**

Dear Judge Gardephe:

     The Government respectfully submits this letter, with the consent of defense counsel, to request that the Court set a December 2016 control date for Robin Smyth's sentencing in the above-referenced case.

                         Respectfully submitted,

                         PREET BHARARA
                         United States Attorney

By: _____
                         Damian Williams
                         Andrea M. Griswold
                         Assistant United States Attorney
                         (212) 637-2298/1205

cc:    Defense Counsel (by e-mail)

MEMO ENDORSED

The Application is granted. *Sentencing is scheduled for Dec. 5, 2016 at 10:00 A.M.*

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: *June 21, 2016*