```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
                                  :
UNITED STATES OF AMERICA          :
                                  :     ORDER
          - v. -                  :
                                  :     S4 15 Cr. 536 (PGG)
STEPHEN E. MAIDEN,                :
                                  :
               Defendant.         :
                                  :
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7\13\16

Upon the application of the United States of America, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Damian Williams and Andrea M. Griswold, of counsel;

It is found that certain documents filed in connection with the proceeding held in the above-captioned action on July 1, 2016 (collectively, the "Sealed Materials"), including the Information in this matter, are currently sealed and the United States Attorney's Office has applied to have the Sealed Materials unsealed, without objection from the defendant, it is hereby;

ORDERED that the Sealed Materials in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:  New York, New York
        July 13, 2016

_____
THE HONORABLE FRANK MAAS
UNITED STATES MAGISTRATE JUDGE

1