UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA

    - v. -

STEPHEN E. MAIDEN,

              Defendant.

------------------------------------------------X

WAIVER OF INDICTMENT

S4 15 Cr. 536 (PGG)

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371 and 1348, and being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:    New York, New York
             July 1, 2016

*[signature]*
STEPHEN E. MAIDEN

*[signature]*
Richard Glaser, Esq.
Attorney for Stephen E. Maiden

*[signature]*
Witness

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/16