DOCKET No. _15 cr. 536 (PGG)_
Andrea Griswold
AUSA _Damian Williams_

☐ _____ INTERPRETER NEEDED

☐ Rule 5  ☑ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.

☐ Other: _____

DEFENDANT _Kaleil Isaza Tuzman_

DEF.'S COUNSEL _Avi Weitzman_
☑ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ DEFENDANT WAIVES PRETRIAL REPORT

DATE OF ARREST _7/14_       ☐ VOL. SURR.
TIME OF ARREST _3 PM_       ☐ ON WRIT
TIME OF PRESENTMENT _2:45 PM_

## BAIL DISPOSITION

☐ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE        ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ _5MM_ PRB  ☑ _8_ FRP
☑ SECURED BY $ _130K_  CASH/PROPERTY: + hock Sheldrake property + Seized Phillipe
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ D MA                                             patek
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES    watch
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☑ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☑ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☑ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☑ HOME DETENTION  ☐ CURFEW  ☑ ELECTRONIC MONITORING  ☐ GPS
☑ DEF. TO PAY ALL OR PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: )
_____ ; REMAINING CONDITIONS TO BE MET BY: _7/29_ .

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Δ to reside with fa Review in
Holyoke MA
No travel outside PMass
w/o prior written approval of USAO &
PTS, which shall not unreasonably
be withheld. No contact w/others involved in alleged cr m. conduct
w/o counsel present

↳ 3 cosigners, one of whom shall be
Ed Mullen, plus collateral posted,
+ location monitor up onstilled.

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY ~~entsp~~ w/o counsel present  ☑ CONFERENCE BEFORE D.J. ON _7/20_ _3³⁰ PM_ .
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED              ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED   ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____   ☐ ON DEFENDANT'S CONSENT

DATE: _July 15, 2016_

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.