```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :      ORDER

     - v. -                        :
                                          S5 15 Cr. 536 (PGG)
OMAR AMANAT,                       :

            Defendant.             :

- - - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Damian Williams and Andrea M. Griswold, of counsel;

It is hereby ORDERED that the Indictment in this matter, S5 15 Cr. 536 (PGG), be unsealed.

Dated:   New York, New York
         July 13, 2016

                                    _____
                                    HONORABLE FRANK MAAS
                                    UNITED STATES MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/16
```