AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

|   |   |
|---|---|
| _____ ) | |
| Plaintiff ) | |
| v. ) | Case No. S(3) 15CR 536 |
| Omar Amanat ) | |
| Defendant ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Omar Amanat

Date: 7-13-16

_____
Attorney's signature

Christopher M. Ferguson
Printed name and bar number

Kostelanetz + Fink, LLP
7 World Trade Center
Address

Cferguson@kflaw.com
E-mail address

(212) 808-8100 (x117)
Telephone number

(212) 808-8108
FAX number

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/16