# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Avi Weitzman
Direct: +1 212.351.2465
Fax: +1 212.351.5265
AWeitzman@gibsondunn.com

July 18, 2016

VIA ECF AND FACSIMILE

Honorable Paul G. Gardephe
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:   *United States v. Kaleil Isaza Tuzman*, No. S1 15 Cr. 536 (PGG)

Dear Judge Gardephe:

We respectfully submit this letter on behalf of our client, Kaleil Isaza Tuzman, to request that the Court order the Arraignments/Magistrate Clerk for the U.S. District Court for the Southern District of New York, Jim Molinelli, to send the bail order in the above-referenced action (ECF 69) to the U.S. Courthouses in West Palm Beach, Florida and Springfield, Massachusetts and the U.S. Embassy in Lima, Peru, so that Mr. Isaza Tuzman's co-signers can sign the bail bond, and Mr. Isaza Tuzman can hopefully be released today.

It is our understanding that Mr. Isaza Tuzman's request for a minor modification to his bail conditions is still pending. We don't believe that this modification will alter terms of the bail bond material to the co-signers. However, to the extent that it does, we are prepared to have Mr. Isaza Tuzman's co-signers re-sign the bail bond at a later date should that be necessary.

We thank the Court in advance for its consideration.

Respectfully Submitted,

Avi Weitzman

AW

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

**GIBSON DUNN**

Honorable Paul G. Gardephe
July 18, 2016
Page 2


cc: Damian Williams, USAO/SDNY (*via ECF & E-Mail*)
Andrea Griswold, USAO/SDNY (*via ECF & E-Mail*)