**KOSTELANETZ & FINK, LLP**
7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

TEL: (212) 000-010
FAX: (212) 000-010
www.kflaw.com

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/16
```

July 18, 2016

**BY FACSIMILE (212) 805-6724**

Hon. Frank S. Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ Frank Maas
Frank Maas, USMJ  7/18/16

Re: *United States v. Omar Amanat*, S5 15 Cr. 536 (PGG)

Dear Judge Maas:

We represent defendant Omar Amanat. We write with the consent of the Government to request that the Court amend the bail conditions set in this matter.

At the bail hearing on July 13, 2016, this Court set the following conditions to be met in order for Mr. Amanat to be released from custody: $2.5 million PRB signed by 3 Financially Responsible Person ("FRPs"), secured by $250,000 in cash or property. In addition, the Court required that an additional 2 FRPs sign the bond by July 27, 2016.

The Government, through AUSAs Andrea Griswold and Damian Williams, have agreed to amend the conditions as follows:

1. Defendant to be released on $2.5 million PRB signed by 2 FRPs, secured by $250,000 in cash. Defendant's father, Sharif Amanat, to sign bond as moral suasion signatory.
2. One additional FRP co-signer and one additional moral suasion co-signer, to be approved by the Government, to sign the bond by July 27, 2016.

At this writing, the proposed conditions set forth above for Mr. Amanat's release have been met.

Hon. Frank S. Maas
July 18, 2016
Page 2

It is our hope that Mr. Amanat can be released from custody tomorrow. Accordingly, we respectfully request that the Court approve the proposed changes to the bail conditions previously set in this matter.

Respectfully submitted,

Sharon L. McCarthy

cc: AUSA Andrea Griswold
AUSA Damian Williams
(via e-mail)