```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :   ORDER
                                   :
          - v. -                   :   S6 15 Cr. 536 (PGG)
                                   :
RIMA JAMEEL,                       :
    a/k/a "Rima Jameel Al Fahl,"   :
                                   :
               Defendant.          :
                                   :
- - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Damian Williams and Andrea M. Griswold, of counsel;

It is hereby ORDERED that the Indictment in this matter, S6 15 Cr. 536 (PGG), be unsealed.

Dated:    New York, New York
          July 13, 2016

*[signature]*

HONORABLE FRANK MAAS
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/16