UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

v.                                                      No. S1 15 Cr. 536 (PGG)

KALEIL ISAZA TUZMAN,

          Defendant.

-------------------------------------------------------------------x

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Michael P. Beys of Beys Liston Mobargha & Berland

LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-

captioned matter as counsel for Defendant Kaleil Isaza Tuzman.

Dated: New York, New York                Respectfully submitted,
      July 20, 2016


                                   By: /s/ Michael P. Beys
                                      Michael P. Beys

                                BEYS LISTON MOBARGHA & BERLAND LLP
                                825 Third Avenue, 2nd Floor
                                New York, New York 10022
                                Telephone:  646.755.3600
                                Facsimile: 646.755.3599
                                E-mail: mbeys@blmblaw.com
                                *Attorneys for Defendant Kaleil Isaza Tuzman*