UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

v.                                                               No. S1 15 Cr. 536 (PGG)

KALEIL ISAZA TUZMAN,

                Defendant.

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joshua D. Liston of Beys Liston Mobargha & Berland LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel for Defendant Kaleil Isaza Tuzman.

Dated: New York, New York          Respectfully submitted,
      July 20, 2016


                                                  By: /s/ Joshua D. Liston
                                                       Joshua D. Liston

                                                  BEYS LISTON MOBARGHA & BERLAND LLP
                                                  825 Third Avenue, 2nd Floor
                                                  New York, New York 10022
                                                  Telephone:  646.755.3600
                                                  Facsimile: 646.755.3599
                                                  E-mail: jliston@blmblaw.com
                                                  *Attorneys for Defendant Kaleil Isaza Tuzman*