UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

v.                                        No. S1 15 Cr. 536 (PGG)

KALEIL ISAZA TUZMAN,

        Defendant.

-------------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Jason H. Berland of Beys Liston Mobargha & Berland LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel for Defendant Kaleil Isaza Tuzman.

Dated: New York, New York           Respectfully submitted,
       July 20, 2016


                                           By: /s/ Jason H. Berland
                                                  Jason H. Berland

                                         BEYS LISTON MOBARGHA & BERLAND LLP
                                         825 Third Avenue, 2nd Floor
                                         New York, New York 10022
                                         Telephone:  646.755.3600
                                         Facsimile: 646.755.3599
                                         E-mail: jberland@blmblaw.com
                                         *Attorneys for Defendant Kaleil Isaza Tuzman*