AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-CR-536 (PGG) |
| OMAR AMANAT | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Omar Amanat                                              .

Date:  07/28/2016

*Eric Creizman*
*Attorney's signature*

Eric M. Creizman (EC7684)
*Printed name and bar number*

Creizman PLLC
565 Fifth Avenue, Fl. 7
New York, New York 10017

*Address*

ecreiz@creizmanllc.com
*E-mail address*

(212) 972-0200
*Telephone number*

(646) 200-5022
*FAX number*

[Print]  [Save As...]                                              [Reset]