AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-CR-536 (PGG) |
| OMAR AMANAT | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Omar Amanat                                                                                          .

Date:   07/28/2016

*Melisa Madrigal*

Melissa Madrigal (MM4572)
*Printed name and bar number*

Creizman PLLC
565 Fifth Avenue, Fl. 7
New York, New York 10017

*Address*

mmadrigal@creizmanllc.com
*E-mail address*

(212) 972-0200
*Telephone number*

(646) 200-5022
*FAX number*

Print    Save As...    Reset