ORIGINAL

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    **S5 15 CR. 536 (PGG)** |
| **OMAR AMANAT** | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I,  **OMAR AMANAT** _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )     to appear for court proceedings;
( X )     if convicted, to surrender to serve a sentence that the court may impose; or
( X )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)  This is a personal recognizance bond.

(     ) (2)  This is an unsecured bond of $ _____ .

( X ) (3)  This is a secured bond of $  **$2.5MM** _____ , secured by:

    (     ) (a) $ _____ , in cash deposited with the court.

    ( X ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:
      **$250,000 CASH/PROPERTY.** _____

      If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (     ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:
_____
_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 7/19/16

Defendant   signature: **OMAR AMANAT**

7/18/16

Surety/property owner- printed name: **ASZAL AMANAT**

Surety/property owner – signature and date
SULTANO QURAISHI

7/18/16.

Surety/property owner –printed name: **NASREEN AMANAT**

Surety/property owner – signature and date

SHARIF AMANAT

Surety/property owner – printed name

Surety/property owner – signature and da

Kesenia Kuzmenko

X

CLERK OF COURT

Date: 7/19/16

Signature of Clerk or Deputy Clerk

Approved.

Date: 7/19/16

**AUSA:** ANDREA GRISWOLD

AO 199A (Rev. 12/11)  Order Setting Conditions of Release                                                    Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   **S5 15 CR. 536 (PGG)** |
| **OMAR AMANAT** | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                                                     *Place*

_____

on _____
                                                    *Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B   (Rev. 12/11)   Additional Conditions of Release                                    Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( )   (6)   The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____   Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____                _____
                          *Custodian*                                         *Date*

( X )   (7)   The defendant must:

( X )   (a)   submit to supervision by and report for supervision to the   **PSA FOR STRICT PRETRIAL SUPERVISION**   ,

telephone number _____ , no later than _____ .

( )   (b)   continue or actively seek employment.

( )   (c)   continue or start an education program.

( X )   (d)   surrender any passport to:   **PSA.**

( X )   (e)   not obtain a passport or other international travel document.

( X )   (f)   abide by the following restrictions on personal association, residence, or travel:   **TRAVEL RESTRICTED TO SDNY, EDNY DNJ**

( )   (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( )   (h)   get medical or psychiatric treatment: _____

( )   (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( )   (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( X )   (k)   not possess a firearm, destructive device, or other weapon.

( )   (l)   not use alcohol ( ) at all ( ) excessively.

( )   (m)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical medical practitioner.

( )   (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( )   (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( X )   (p)   participate in one of the following location restriction programs and comply with its requirements as directed.

( )   (i)   **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as directed by the pretrial services office or supervising officer; or

( X )   (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( )   (iii)   **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

( X )   (q)   submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

( X )   You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( )   (r)   report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## ADDITIONAL CONDITIONS OF RELEASE

$2.5MM PRB. CO-SIGNED BY 5 FINANCIALLY RESPONSIBLE PERSONS. SECURED BY $250,000 CASH/PROPERTY. TRAVEL RESTRICTED TO SDNY/EDNY/DIST. OF NEW JERSEY. SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS). STRICT PRETRIAL SUPERVISION. DEFT TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITIONS OF DRUG TESTING/TREATMENT. HOME DETENTION. ELECTRONIC MONITORING OR GPS. DEFT NOT TO POSSESS FIREARMS/DESTRUCTIVE DEVICE/OTHER WEAPON. DEFT TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: 3 CO-SIGNERS AND $250,000 CASH/PROPERTY AND ELECTRONIC MONITORING OR GPS AND WIFE'S PASSPORT SURRENDERED; REMAINING CONDITIONS TO BE MET BY:7/27/16. WIFE TO SURRENDER PASSPORT. BAIL MODIFICATION BY USMJ FRANK MAAS ON 7/18/16: (1) DEFT TO BE RELEASED ON $2.5 MILLION PRB SIGNED BY 2 FRP'S, SECURED BY $250,000 IN CASH. DEFT'S FATHER, SHARIF AMANAT, TO SIGN BOND AS MORAL SUASION SIGNATORY. (2) ONE ADDITIONAL FRP CO-SIGNER AND ONE ADDITIONAL MORAL SUASION CO-SIGNER, TO BE APPROVED BY THE GOVERNMENT, TO SIGN THE

( X )  (s)  BOND BY JULY 27, 2016.

AO 199C  (Rev. 09/08)  Advice of Penalties                                    Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:   **OMAR AMANAT**      **S5 15 CR. 536 (PGG)**          7/19/2016

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

**DEFENDANT RELEASED**

_____
*Defendant's Signature:* **OMAR AMANAT**

_____
*City and State*

### Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____        _____
                                                      *Judicial Officer's Signature*

                                                      _____
                                                      *Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL



Southern District of New York

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

Eastern District of New York

Brooklyn (Kings County)
Queens (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)

Dist. of New Jersey

```
Court Name: District Court
Division: 1
Receipt Number: 465401156740
Cashier ID: Clapsley
Transaction Date: 07/18/2016
Payer Name: AFZAL AMANAT
------------------------------------
TREASURY REGISTRY
For: OMAR AMANAT
Case/Party: D-NYS-1-15-CR-000536-004
Amount:        $250,000.00
------------------------------------
CHECK
Check/Money Order Num: 65
Amt Tendered: $250,000.00
------------------------------------
Total Due:        $250,000.00
Total Tendered: $250,000.00
Change Amt:        $0.00

M19-1-14021
```

S(3)

DOCKET No. _15CR 53C_   DEFENDANT _Omar Amanat_

AUSA _Andrew Griswold_   DEF.'S COUNSEL _Chris Ferguson_
☒ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☒ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.   DATE OF ARREST _7/13_   ☐ VOL. SURR.
TIME OF ARREST _6:25 AM_   ☐ ON WRIT
☐ Other: _____   TIME OF PRESENTMENT _4PM_

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $_3.5MM_ PRB  ☒ _5_ FRP
☒ SECURED BY $ _250K_   CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ _DNJ_
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☒ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☒ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

OR
☐ HOME INCARCERATION  ☒ HOME DETENTION  ☐ CURFEW  ☒ ELECTRONIC MONITORING ∧ ☒ GPS
☒ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☒ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _3 co-signers_
_+ 250K CASH/PROPERTY + )_____; REMAINING CONDITIONS TO BE MET BY: _7/27_

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

_Wife to surrender passport_

_ELECTRONIC MONITORING OR GPS SURRENDERED + WIFE'S P/P SURRENDERED_

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☒ CONFERENCE BEFORE D.J. ON _7/20 3:30PM_
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED   ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED   ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____   ☐ ON DEFENDANT'S CONSENT

DATE: _7-13-16_

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

JUL-18-2016 13:37 From:KOSTELANETZ FINK   2128088108   To:2128056724   P.1/2

Case 1:15-cr-00536-PGG   Document 76   Filed 07/18/16   Page 1 of 2

COPY Doc#76

# KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR

NEW YORK, NEW YORK 10007

TEL: (212) 000-010
FAX: (212) 000-010
www.kflaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/16

July 18, 2016

**BY FACSIMILE (212) 805-6724**

Hon. Frank S. Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

Frank Maas, USMJ 7/18/16

Re:   *United States v. Omar Amanat, S5 15 Cr. 536 (PGG)*

Dear Judge Maas:

We represent defendant Omar Amanat. We write with the consent of the Government to request that the Court amend the bail conditions set in this matter.

At the bail hearing on July 13, 2016, this Court set the following conditions to be met in order for Mr. Amanat to be released from custody: $2.5 million PRB signed by 3 Financially Responsible Person ("FRPs"), secured by $250,000 in cash or property. In addition, the Court required that an additional 2 FRPs sign the bond by July 27, 2016.

The Government, through AUSAs Andrea Griswold and Damian Williams, have agreed to amend the conditions as follows:

1. Defendant to be released on $2.5 million PRB signed by 2 FRPs, secured by $250,000 in cash. Defendant's father, Sharif Amanat, to sign bond as moral suasion signatory.
2. One additional FRP co-signer and one additional moral suasion co-signer, to be approved by the Government, to sign the bond by July 27, 2016.

At this writing, the proposed conditions set forth above for Mr. Amanat's release have been met.

Case 1:15-cr-00536-PGG   Document 92   Filed 07/19/16   Page 11 of 11
JUL-18-2016 13:37 From:KOSTELANETZ FINK   2128088108   To:2128056724   P.2/2
Case 1:15-cr-00536-PGG   Document 76   Filed 07/18/16   Page 2 of 2

Hon. Frank S. Maas
July 18, 2016
Page 2

It is our hope that Mr. Amanat can be released from custody tomorrow.  Accordingly, we
respectfully request that the Court approve the proposed changes to the bail conditions
previously set in this matter.

Respectfully submitted,

Sharon L. McCarthy

cc:     AUSA Andrea Griswold
        AUSA Damian Williams
        (via e-mail)