# BACHNER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
39 BROADWAY
SUITE 1610
NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

MICHAEL F. BACHNER*

SCOTT J. SPLITTGERBER**
HOWARD WEINER***

*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN ILLINOIS
***ALSO ADMITTED IN CALIFORNIA AND NJ

www.bblawfirm.com
www.bachnerlaw.com

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

August 10, 2016

**By ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/16

Re:   *United States of America v. Robin Smyth*, 15-cr-536 (PGG)

Dear Judge Gardephe:

I write with the consent of AUSA Damian Williams and Pretrial Services Officer Nicole Owens (who is supervising Mr. Smyth while he resides in Connecticut) to respectfully request that Mr. Smyth's bail conditions be modified in order to permit him to travel to California September 7, 2016—September 24, 2016 to visit family members who are flying in from Australia. The government and Pretrial Services will be provided with detailed information about Mr. Smyth's proposed itinerary.

Thank You for Your kind consideration.

Respectfully submitted,

*/s/ Michael Bachner*
Michael F. Bachner

SO ORDERED:

_____
Honorable Paul G. Gardephe

Aug. 15, 2016