AO 154 (10/03) Substitution of Attorney

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/16

# UNITED STATES DISTRICT COURT

Southern District of New York

| United States of America | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| Omar Amanat | CASE NUMBER: 15-CR-536(PGG) |
| Defendant (s). | |

Notice is hereby given that, subject to approval by the court, __Omar Amanat__ substitutes
(Party (s) Name)

__Eric M. Creizman__, State Bar No. __3054954__ as counsel of record in
(Name of New Attorney)

place of __Christopher Ferguson of Kostelanetz & Fink, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Creizman PLLC
Address:       565 Fifth Avenue, Fl. 7, New York, New York 10017
Telephone:     (212) 972-0200     Facsimile (646) 200-5022
E-Mail (Optional):  ecreiz@creizmanllc.com

I consent to the above substitution.
Date: August 8, 2016
_____
(Signature of Party (s))

I consent to being substituted.
Date: _____
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: August 8, 2016
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

| United States of America | **CONSENT ORDER GRANTING** |
|---|---|
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| Omar Amanat | CASE NUMBER: 15-CR-536(PGG) |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Omar Amanat__ substitutes
(Party (s) Name)

__Eric M. Creizman__, State Bar No. __3054954__ as counsel of record in
(Name of New Attorney)

place of __Christopher Ferguson of Kostelanetz & Fink, LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Creizman PLLC
Address: 565 Fifth Avenue, Fl. 7, New York, New York 10017
Telephone: (212) 972-0200     Facsimile (646) 200-5022
E-Mail (Optional): ecreiz@creizmanllc.com

I consent to the above substitution.
Date: _____

_____
(Signature of Party (s))

I consent to being substituted.
Date: Aug. 8, 2016

Christopher Ferguson
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: Aug. 15, 2016

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Print   Save As...   Export as FDF   Retrieve FDF File   Reset