## **MEMORANDUM**

TO:     HONORABLE PAUL G. GARDEPHE
           United States District Judge

FROM:  Joshua A. Rothman
           U.S. Pretrial Services Officer

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/6/16
```

RE:     **Amanat, Omar**
**DOCKET#:  15 CR 536-4**

The attached memorandum prepared by Pretrial Services Officer:

| **Joshua A. Rothman** | **212-805-4139** |
| --- | --- |
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[✗]    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]    My office will inform all parties concerned that I will conduct a Bail Review Hearing in

        Courtroom # _____ on _____ at _____ .
                       Date         Time

[ ]    I request that a Bail Review Hearing be conducted by:

        [ ]    The presiding Magistrate Judge in courtroom # 5A.

        [ ]    The District Court Judge presiding in Part I.

        [ ]    _____ at his/her earliest convenience.
                Judicial Officer

[ ]    So ordered:_____ Paul G. Gardephe _____    Date Sept. 6, 2/6