

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2016

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **United States v. Omar Amanat,**
             **S7 15 Cr. 536 (PGG)**

Dear Judge Gardephe:

The Government respectfully submits this letter in response to the request of Omar Amanat, the defendant in the above-captioned matter, to attend chapel services at his children's school in Manhattan tomorrow, Friday, September 16, 2016, from approximately 9:30 a.m. to 11:30 a.m. Consistent with the position of pre-trial services to approve travel for a defendant on home confinement to attend school-related events for the defendant's children, the Government does not object to this request.

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney

                       By: _____/s/_____
                          Andrea M. Griswold
                          Damian Williams
                          Assistant United States Attorneys
                          (212) 637-1205/2298

cc:    Defense Counsel (by e-mail)