To: Hon. Paul G. Gardephe    Page 2 of 3    2016-09-15 15:10:45 (GMT)    16462005022 From: Eric Creizman

Case 1:15-cr-00536-PGG   Document 117   Filed 09/15/16   Page 1 of 2
Case 1:15-cr-00536-PGG   Document 115   Filed 09/15/16   Page 1 of 2

# CREIZMAN LLC

565 Fifth Avenue
7th Floor
New York, New York 10017
tel: (212) 972-0200
fax: (646) 200-5022
ecreiz@creizmanllc.com
www.creizmanllc.com

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/15/16

*Via ECF and*
*Courtesy Copy by Facsimile*

September 15, 2016

The Honorable Paul G. Gardephe
United Stated District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: Sept. 15, 2016

Re:   **United States v. Tuzman**, 15 Cr. 536 (PGG)

Dear Judge Gardephe:

I represent Omar Amanat in the above-referenced action. On consent of Pretrial Services, I am writing to respectfully request that the Court grant a temporary modification to Mr. Amanat's conditions of pretrial release to enable him to attend chapel services at his children's school in Manhattan tomorrow, Friday, September 16, 2016, from 9:30 a.m. to 11:30 a.m. Three of Mr. Amanat's children attend that school. We are also requesting that Mr. Amanat be given two hours to travel each way from and to his residence in Short Hills, New Jersey.

Mr. Amanat's conditions of release include a $2.5 million personal recognizance bond, secured by $250,000, and co-signed by three financially responsible sureties, as well as his father. He is subject to strict pretrial supervision, home detention with electronic monitoring, and restrictions limiting his travel to the District of New Jersey and the Southern and Eastern Districts of New York.

I have consulted with Pretrial Services and Pretrial Services consents to this request. I also consulted with counsel for the government, who responded yesterday at 2 p.m. by asking what Pretrial Services' position was. I informed the government by email of Pretrial Services' consent yesterday evening and asked if the government took a different position. I have not received any response.

If the Court grants this request, I will promptly forward the precise details of Mr. Amanat's

To: Hon. Paul G. Gardephe    Page 3 of 3    2016-09-15 15:10:45 (GMT)    16462005022 From: Eric Creizman

Case 1:15-cr-00536-PGG   Document 117   Filed 09/15/16   Page 2 of 2
Case 1:15-cr-00536-PGG   Document 115   Filed 09/15/16   Page 2 of 2

Hon. Paul G. Gardephe
September 15, 2016
Page | 2

itinerary to Mr. Amanat's Pretrial Services Officer.

I thank the Court for its consideration in this matter.

Respectfully Submitted,

/s/ Eric M. Creizman
Eric M. Creizman

cc:     Vincent Imbrosciano, U.S. Pretrial Services Officer (by email)

        AUSAs Andrea Griswold and Damian Williams (by ECF and email)