```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED:  9/30/16        │
└─────────────────────────────┘
```

BEYS LISTON MOBARGHA & BERLAND LLP

Michael P. Beys

September 29, 2016

VIA ECF & FACSIMILE (212-805-7986)

The Honorable Paul G. Gardephe
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: Sept. 30, 2016

Re: *United States v. Kaleil Isaza Tuzman*, No. S1 15 Cr. 536 (PGG)

Dear Judge Gardephe:

    We are counsel to defendant Kaleil Isaza Tuzman, who is currently on home detention, with travel restricted to the Southern District of New York. We respectfully submit this letter to seek permission for Mr. Isaza Tuzman to travel to the Eastern District of Pennsylvania on October 2, 2016 and to spend the Rosh HaShanah holiday with his relatives. The government and Pretrial Services have no objection to this request.

    Specifically, Mr. Isaza Tuzman requests permission to travel to Elkins Park, Pennsylvania by car on Sunday, October 2, 2016 and to attend Rosh HaShanah prayers and dinner at his uncle Martin Tuzman's house at 707 Rambler Road in Elkins Park. On Monday, October 3, 2016 and Tuesday, October 4, 2016 he would attend Rosh HaShanah services at Adath Jeshurun Synagogue. He would stay over on both Sunday and Monday night at his uncle's home, and spend time with his other aunts, uncles and cousins while not in synagogue. He would return to New York City by the evening of Tuesday, October 4, 2016.

    This is the fifth request for the defendant to travel outside this district, the first for religious reasons. He received permission to travel to Wayne, Pennsylvania to attend a close friend's funeral on August 4, 2016 (ECF 94). He also received permission to travel to Western Massachusetts on three separate occasions to spend time with his family: he traveled there the weekend of August 12, 2016 pursuant to Judge Pitman's order (ECF 101); he received permission to travel there over the Labor Day weekend of September 2, 2016 (ECF 112), though his and his family's plans changed at the last moment and he did not leave New York; and he traveled to Massachusetts for the weekend of September 16, 2016, pursuant to Your Honor's order (ECF 119).

    For each of the prior, consummated travel requests, the defendant left the district and returned as scheduled and without incident. Also, the last two travel requests to Massachusetts were based, at least in part, on the recommendation of the defendant's court-appointed mental

health counselors, who strongly support the defendant spending time with his family and participating in joint psychotherapy sessions with certain family members, whenever possible (ECF 118).

I have spoken with Pretrial Services Officer John Moscato, who is supervising Mr. Isaza Tuzman while on pretrial release, and he has no objection to this request. I have also communicated with Assistant U.S. Attorneys Damian Williams and Andrea Griswold, and the government also has no objection.

We thank the Court in advance for its consideration.

Respectfully Submitted,

/s/ Michael P. Beys

Michael P. Beys, Esq.
*Counsel for Kaleil Isaza Tuzman*

cc.   All Counsel of Record (via ECF)
      Officer John Moscato, U.S. Pretrial Services (via email)