BEYS LISTON MOBARGHA & BERLAND LLP
Michael P. Beys

October 7, 2016

<u>VIA ECF & FACSIMILE (212-805-7986)</u>

The Honorable Paul G. Gardephe
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

      Re:    *United States v. Kaleil Isaza Tuzman*, No. S1 15 Cr. 536 (PGG)

Dear Judge Gardephe:

      We are counsel to defendant Kaleil Isaza Tuzman, who is currently on home detention, with travel restricted to the Southern District of New York. We respectfully submit this letter to seek permission for Mr. Isaza Tuzman to travel to the Eastern District of Pennsylvania on Tuesday, October 11, 2016 and to spend the Yom Kippur holiday with his relatives. The government has no objection to this request.

      Specifically, Mr. Isaza Tuzman requests permission to travel to Yardley, Pennsylvania by car on Tuesday, October 11, 2016, to attend Yom Kippur services at the local synagogue and stay overnight at the home of his cousin Ofer Tal in Yardley. On Wednesday, October 12, 2016, he would attend Yom Kippur services and spend the night at the home of his uncle Martin Tuzman in Elkins Park, Pennsylvania. He would return to New York City by the evening of Thursday, October 13, 2016.

      There have been several prior requests for the defendant to travel outside this district, each time without incident. He received permission to travel to Wayne, Pennsylvania to attend a close friend's funeral on August 4, 2016 (ECF 94). He received permission to travel to Western Massachusetts on three separate occasions to spend time with his family: he traveled there the weekend of August 12, 2016 pursuant to Judge Pitman's order (ECF 101); he received permission to travel there over the Labor Day weekend of September 2, 2016 (ECF 112), though his and his family's plans changed at the last moment and he did not leave New York; and he traveled to Massachusetts for the weekend of September 16, 2016, pursuant to Your Honor's order (ECF 119). Finally, he received permission last week from Your Honor to travel to Elkins Park, Pennsylvania to spend the Rosh HaShanah holiday with his relatives (ECF 123).

      For each of the prior travel requests – all but the one that did not occur – the defendant left the district and returned as scheduled and without incident. Also, the three most recent travel requests (two to Massachusetts and the one for Rosh HaShanah) were based, at least in part, on

Page 2 of 2

the recommendation of the defendant's court-appointed mental health counselors, who strongly support the defendant spending time and participating in mentally healthful activities with his family and relatives, whenever possible (ECF 118).

I have communicated with Assistant U.S. Attorneys Damian Williams and Andrea Griswold, and the government has no objection to this request.

We thank the Court in advance for its consideration.

Respectfully Submitted,

/s/ Michael P. Beys

Michael P. Beys, Esq.
*Counsel for Kaleil Isaza Tuzman*

cc.   All Counsel of Record (via ECF)
      Officer John Moscato, U.S. Pretrial Services (via email)