# CREIZMAN LLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2016
```

565 Fifth Avenue
7th Floor
New York, New York 10017
tel: (212) 972-0200
fax: (646) 200-5022
ecreiz@creizmanllc.com
www.creizmanllc.com

**MEMO ENDORSE**

*Via ECF and*
*Courtesy Copy by Facsimile*

October 25, 2016

The Honorable Paul G. Gardephe
United Stated District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Tuzman*, 15 Cr. 536 (PGG)

Dear Judge Gardephe:

We represent Omar Amanat in the above-referenced action. On consent of Pretrial Services and the government, we are writing to respectfully request that the Court grant a temporary modification to Mr. Amanat's conditions of pretrial release to enable him to visit his 5-year-old son, D.A., who is currently under intensive pediatric care at Morristown Memorial Hospital in New Jersey.

Due to an accidental fall on Friday evening, Mr. Amanat's child suffered a fractured skull. D.A. underwent emergency surgery Sunday evening resulting in his neurosurgeon removing 3 inches of D.A.'s skull in addition to a subdural hematoma. Mr. Amanat's son, who is currently recovering in the intensive care unit, will also require extensive rehabilitation for the foreseeable future. We are requesting permission for Mr. Amanat to visit his son daily during this challenging time in which D.A. is recovering from a life threatening condition. Mr. Amanat is extremely anxious to be by his child's side. Similarly, D.A. has repeatedly asked to see his father.

We have consulted with Pretrial Services and Pretrial Services consents to this request, provided that Mr. Amanat give 24-hour notice indicating his visitation schedule with his child. We also consulted with counsel for the government, who consents to this request so far as Mr. Amanat complies with Pretrial Service's notice requirement. Additionally, the government has indicated that once Mr. Amanat's son has been discharged from the intensive care unit the government will

*[Handwritten memo endorsement:]* Defendant Amanat's bail conditions are modified to permit him to visit his son at Morristown Hospital on one-hour advance notice by email or telephone to Pretrial Services. This modification will apply while the child is in the intensive care unit. After the child is transferred out of intensive care, Defendant may apply for whatever relief he deems necessary.

SO ORDERED:
Paul G. Gardephe, U.S.D.J.
Oct. 26, 2016

NEW YORK    WHITE PLAINS

Hon. Paul G. Gardephe
October 25, 2016
Page | 2

provide an update as to whether the government continues to consent to the modified conditions requested in this letter.

Despite Pretrial Service's request that Mr. Amanat provide 24-hour notice of his visitation schedule with his child, we believe that in light of the circumstances such notice could prove difficult and overly burdensome. We ask that the Court grant this bail modification request but permit Mr. Amanat to visit his child without the need for advance notice, so long as Mr. Amanat emails or calls his Pretrial Officer and provides specific information regarding his anticipated departure and return time.

We thank the Court for its consideration in this matter.

Respectfully Submitted,

/s/ Melissa Madrigal
Melissa Madrigal


cc:     Vincent Imbrosciano, U.S. Pretrial Services Officer (by email)

        AUSAs Andrea Griswold and Damian Williams (by ECF and email)