```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

KALEIL ISAZA TUZMAN,

Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule will apply to Defendant's motion to compel:

1. The Government's opposition is due on **November 17, 2016**; and

2. Defendant's reply, if any, is due on **November 24, 2016**.

Dated: New York, New York
      October 26, 2016

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge