# Bachner & Associates, P.C.

ATTORNEYS AT LAW
39 BROADWAY
SUITE 1610
NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

www.bhlawfirm.com
www.bachnerlaw.com

MICHAEL F. BACHNER*

SCOTT J. SPLITTGERBER**
HOWARD WEINER***

*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN ILLINOIS
***ALSO ADMITTED IN CALIFORNIA AND NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

October 27, 2016

**VIA ECF**
Hon. Paul G. Gardephe
United States district court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:   USA v. Robin Smyth, 15 Cr. 536 (PGG)**

Dear Judge Gardephe:

I write with the consent of AUSAs Andrea Griswold and Damian Williams to respectfully request that Mr. Smyth's bail conditions be modified to permit removal of Mr. Smyth's electronic monitoring and to allow him to return to his home in Australia where he will reside with his wife. The remaining bail conditions shall remain the same.

Respectfully submitted.

Michael F. Bachner

MFB:jl