| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 11/16/16 |

UNITED STATES OF AMERICA

-against-

GAVIN CAMPION,

Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Clerk of the Court shall unseal the filings related to the above-captioned defendant, including the Information, plea agreement, transcript of the plea proceeding, and any sealing order.

Dated: New York, New York
       November 15, 2016

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge