USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/16

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :
                                    :
GAVIN CAMPION,                      :
                                    :
                  Defendant.        :
                                    :
------------------------------------X
```

**SEALED ORDER**

S3 15 Cr. 536 (PGG)

WHEREAS an application has been made by the United States of America, with the consent of the defendant, for an order: (i) granting a limited sealing, for a 90 day period, of all documents filed in connection with the proceeding on June 30, 2016, including the Information, the parties' plea agreement, the transcript of the plea proceeding related to Gavin Campion (the "defendant"), this affirmation and proposed order, and any related order of the Court; (ii) permitting the materials described in (i) to be disclosed to counsel for the defendant and by the Government in connection with its obligations under the Jencks Act and Giglio v. United States, 405 U.S. 150 (1972); and (iii) temporarily sealing and delaying, for a 90 day period, further docket entries related to the defendant, including notifications of docket entries over the ECF system; and

1

WHEREAS the Court finds that an active law enforcement investigation may be compromised if the Government's application is not granted,

IT IS HEREBY ORDERED that all documents filed in connection with the proceeding held on June 30, 2016, including the Information, the parties' plea agreement, the transcript of the plea proceeding, the Government's affirmation and proposed order, and this Order (collectively, the "Sealed Materials"), shall be sealed for 90 days;

IT IS FURTHER ORDERED that no docket entries shall be made relating to the defendant over the next 90 days;

IT IS FURTHER ORDERED that the Sealed Materials may be disclosed to counsel for the defendant and by the Government in connection with its obligations under the Jencks Act and Giglio v. United States, 405 U.S. 150 (1972); and

IT IS FURTHER ORDERED that the Government shall report to the Court, within 90 days of the entry of this order, regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated:     New York, New York
           June 30, 2016

_____
THE HONORABLE Paul G. Gardephe
United States District Judge
Southern District of New York

3