```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES OF AMERICA

-against-

GAVIN CAMPION,

           Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Gavin Campion will be released on bail under the following conditions: a $350,000 personal recognizance bond co-signed by four financially responsible individuals and secured by $100,000 cash; travel restricted to the Southern District of New York, the Eastern District of New York, and Australia; and regular Pretrial Services supervision in which he will be required to report by telephone. The $100,000 must be posted before Defendant will be permitted to travel to Australia. Defendant may be released on his own signature, with the co-signatures to be executed within two weeks of this Order.

Dated: New York, New York
       June 30, 2016

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge