UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA             :     WAIVER OF INDICTMENT

      - v. -                              :     S3 15 Cr. 536 (PGG)

GAVIN CAMPION,                       :

            Defendant.              :

------------------------------------------------X

        The above-named defendant, who is accused of violating Title 15, United States Code, Sections 78j(b) & 78ff; 17 of the Code of Federal Regulations, Sections 240.10b-5; and Title 18, United States Code, Sections 371 and 2, and being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:    New York, New York
         June 30, 2016

                                                _____
                                                GAVIN CAMPION

                                                _____
                                                Jim Walden, Esq.
                                                Attorney for Gavin Campion

                                                _____
                                                Witness

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/16