USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/16

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    **15 CR 536 (PGG)** |
| **GAVIN CAMPION** | ) | **SEALED BOND** |
| _Defendant_ | ) | |

### APPEARANCE BOND

#### Defendant's Agreement

I, **GAVIN CAMPION** _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

      ( X )        to appear for court proceedings;
      ( X )        if convicted, to surrender to serve a sentence that the court may impose; or
      ( X )        to comply with all conditions set forth in the Order Setting Conditions of Release.

#### Type of Bond

( X ) (1)   This is a personal recognizance bond.

(   ) (2)   This is an unsecured bond of $ _____ .

( X ) (3)   This is a secured bond of $ **350,000.00** , secured by:

     ( X )   (a) $ **100,000.00** , in cash deposited with the court.

     (   )   (b) the agreement of the defendant and each surety to forfeit the following cash or other property _(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value):_

         _____

         _____

         If this bond is secured by real property, documents to protect the secured interest may be filed of record.

     (   )   (c) a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety):_

         _____

         _____

         _____

#### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

_Release of the Bond._ The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:     **June 30, 2016**

                                                                                     *Defendant* **GAVIN CAMPION** *signature*:

---

**CLIVE** *Surety/property owner –* **MCCORKELL**    **HENRY** *Surety/property owner – signature and date* **PER LEN**

**CARY KERRY** *Surety/property owner –* **SCHONFELDER**    *Surety/property owner – signature and date*

**AMY** *Surety/property owner – printed name* **CAMPION**    *Surety/property owner – signature and date*

CLERK OF COURT

Date:     *June 30, 2016*

                                            *Signature of Clerk or Deputy Clerk*

Approved.

Date:     **6/30/16**

                                          *AUSA* **ANDREA GRISWOLD**

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:      June 30, 2016

*Defendant* GAVIN CAMPION *signature:*

CLIVE *Surety/property owner –* MCCORKELL

HENRY *Surety/property owner – signature and date* PER LEN

CARY KERRY *Surety/property owner* SCHONFELDER

*Surety/property owner – signature and date*

AMY *Surety/property owner – printed name* CAMPION

*Surety/property owner – signature and date*

*CLERK OF COURT*

Date:    *June 30, 2016*

*Signature of Clerk or Deputy Clerk*

Approved.

Date:       6/30/16

*AUSA* ANDREA GRISWOLD

Subscribed and sworn to before me
this 29ᵗʰ day of July, 2016

Commonwealth of Australia
State of Victoria
City of Melbourne
Consulate General of the United
States of America        } S.S.

US Consulate General Melbourne
Original of this document seen, THE UNITED
compared and returned
Kimberly R. Furnish

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value
    while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:    **June 30, 2016**

                    *Defendant* **GAVIN CAMPION** *signature:*

**CLIVE** *Surety/property owner –* **MCCORKELL**    **HENRY** *Surety/property owner – signature and date* **PER LEN**

**CARY KERRY** *Surety/property owner* **SCHONFELDER**    *Surety/property owner – signature and date*

**AMY** *Surety/property owner – printed name* **CAMPION**    *Surety/property owner – signature and date*

*CLERK OF COURT*

Date:    *June 30, 2016*    *Signature of Clerk or Deputy Clerk*

Approved.

Date:    **6/30/16**    *AUSA* **ANDREA GRISWOLD**

Commonwealth of Australia
State of Victoria
City of Melbourne    } S.S.
Consulate General of the United
States of America

Subscribed and sworn to before me
this 4ᵗʰ day of August, 2016

Commission does not expire

Migael S. Per
Con
U.S. CONSULATE GENERAL MELBOURNE

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:     **June 30, 2016**

    *Defendant* GAVIN CAMPION *signature:*

**CLIVE**   *Surety/property owner –*   **MCCORKELL**

**HENRY**   *Surety/property owner – signature and date*   **PER LEN**

**CARY KERRY** *Surety/property owner –* **SCHONFELDER**

    *Surety/property owner – signature and date*

**AMY**   *Surety/property owner – printed name*   **CAMPION**

    *Surety/property owner – signature and date*

*CLERK OF COURT*

Date:   *June 30, 2016*

    *Signature of Clerk or Deputy Clerk*

Approved.

Date:     6/30/16

    *AUSA* ANDREA GRISWOLD

Commonwealth of Australia<br>
State of Victoria<br>
City of Melbourne      **S.S.**<br>
Consulate General of the United<br>
States of America

Subscribed and sworn to before me this 12ᵗʰ day of August, 2016

Todd McGee<br>
Vice Consul<br>
U.S. CONSULATE GENERAL MELBOURNE

Commission does not expire

AO 199A (Rev. 12/11)  Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | **15 CR 536 (PGG)** |
| | ) | | |
| **GAVIN CAMPION** | ) | | |
| *Defendant* | ) | | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

_____

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11)  Additional Conditions of Release                                                 Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if
the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                               Custodian                                      Date

( X )  (7)  The defendant must:
( X )  (a)  submit to supervision by and report for supervision to the   **REGULAR PRE-TRIAL SUPERVISION**   ,
           telephone number _____ , no later than _____ .
(  )  (b)  continue or actively seek employment.
(  )  (c)  continue or start an education program.
(  )  (d)  surrender any passport to:
(  )  (e)  not obtain a passport or other international travel document.
( X )  (f)  abide by the following restrictions on personal association, residence, or travel:   **SDNY & EDNY**

(  )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
           including:
           $100,000.00 IS TO BE POSTED BEFORE THE DEFENDANT WILL BE PERMITTED TO TRAVEL TO AUSTRALIA
(  )  (h)  get medical or psychiatric treatment: _____

(  )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
           or the following purposes: _____

(  )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
           necessary.
(  )  (k)  not possess a firearm, destructive device, or other weapon.
(  )  (l)  not use alcohol (    ) at all (    ) excessively.
(  )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical
           practitioner.
(  )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random
           frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance
           screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance
           screening or testing.
(  )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising
           officer.
(  )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
           (  )  (i)  **Curfew.** You are restricted to your residence every day (    ) from _____ to _____ , or (    ) as
                     directed by the pretrial services office or supervising officer; or
           (  )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical;
                     substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved
                     in advance by the pretrial services office or supervising officer; or
           (  )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court
                     appearances or other activities specifically approved by the court.
(  )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
           requirements and instructions provided.
           (  )  You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or
                supervising officer.
(  )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including
           arrests, questioning, or traffic stops.
           $350,000.00 PRB; CO-SIGNED BY FOUR FRP'S AND SECURED BY $100,000.00 IN CASH; TRAVEL IS
           RESTRICTED TO THE SOUTHERN DISTRICT OF NEW YORK AND EASTERN DISTRICT OF NEW YORK,
           AND AUSTRALIA; REGULAR PRE-TRIAL SUPERVISION IN WHICH HE WILL BE REQUIRED TO REPORT
           BY TELEPHONE; $100,000.00 IS TO BE POSTED BEFORE THE DEFENDANT WILL BE PERMITTED TO
           TRAVEL TO AUSTRALIA; THE DEFENDANT MAY BE RELEASED ON HIS OWN SIGNATURE WITH THE CO-
( X )  (s)  SIGNERS TO BE EXECUTED WITHIN TWO WEEKS OF THIS ORDER

## ADDITIONAL CONDITIONS OF RELEASE

AO 199C   (Rev. 09/08) Advice of Penalties                                                    Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

**TO THE DEFENDANT:**          **GAVIN CAMPION**                              **15 CR 536 (PGG)**
                                                                             June 30, 2016

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

**DEFENDANT RELEASED**

_____
                         *Defendant*  GAVIN CAMPION *Signature*:

_____
                                              *City and State*

### Directions to the United States Marshal

(     ) The defendant is ORDERED released after processing.
(     ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____          _____
                                              *Judicial Officer's Signature*

                                          _____
                                              *Printed name and title*

DISTRIBUTION:   COURT      DEFENDANT      PRETRIAL SERVICE      U.S. ATTORNEY      U.S. MARSHAL



Southern District of New York

**The Bronx**
**Manhattan**
**Westchester**
**Rockland**
**Dutchess**
**Orange**
**Putnam**
**Sullivan**

Eastern District of New York

**Brooklyn (Kings County)**
**Queens (Queens County)**
**Staten Island (Richmond County)**
**Long Island (Nassau & Suffolk)**