```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
UNITED STATES OF AMERICA      :
                              :
      - v. -                  :
                              :
GAVIN CAMPION,                :
                              :
              Defendant.      :
                              :
------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/16

**SEALED ORDER**

S3 15 Cr. 536 (PGG)

WHEREAS an application has been made by the United States of America, with the consent of the defendant, for an order: (i) extending a limited sealing, until November 15, 2016 (the "Unsealing Date"), of all documents filed in connection with the proceeding held on June 30, 2016, including the Information, the parties' plea agreement, the transcript of the plea proceeding related to Gavin Campion (the "defendant"), this affirmation and proposed order, and any related order of the Court (collectively, the "Sealed Materials"); (ii) permitting the Sealed Materials to be disclosed to counsel for the defendant and by the Government in connection with its obligations under the Jencks Act and <u>Giglio</u> v. <u>United States</u>, 405 U.S. 150 (1972); and (iii) temporarily sealing and delaying, until the Unsealing Date, further docket entries related to the defendant, including notifications of docket entries over the ECF system; and

1

WHEREAS the Court finds that the safety of the defendant and others may be placed at risk if the Government's application is not granted,

IT IS HEREBY ORDERED that the Sealed Materials shall be sealed until November 15, 2016;

IT IS FURTHER ORDERED that no further docket entries shall be made relating to the defendant until November 15, 2016;

IT IS FURTHER ORDERED that the Sealed Materials may be disclosed to counsel for the defendant and by the Government in connection with its obligations under the Jencks Act and Giglio v. United States, 405 U.S. 150 (1972); and

IT IS FURTHER ORDERED that the Government shall report to the Court by November 7, 2016 regarding the continuing need, if any, to maintain the Sealed Materials under seal.

SO ORDERED:

Dated:   New York, New York
         September 26, 2016

_____
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York