

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 31, 2016

**BY FAX AND UNDER SEAL**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/16
```

Re:   **United States v. Gavin Campion,**
      S3 15 Cr. 536 (PGG)

Dear Judge Gardephe:

The Government respectfully submits this letter, with consent of defense counsel, to request that the Court adjourn Gavin Campion's October 31, 2016 sentencing control date for at least 90 days. Mr. Campion's cooperation with the Government is ongoing.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Damian Williams
Andrea M. Griswold
Assistant United States Attorney
(212) 637-2298/1205

cc:   Defense Counsel (by e-mail)

**MEMO ENDORSED**

The Application is granted. Sentencing is adjourned
**SO ORDERED:**      to Jan. 30, 2017 at
_____      2:00 p.m
Paul G. Gardephe, U.S.D.J.
Dated: Nov. 4, 2016