# CREIZMAN LLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/16
```

565 Fifth Avenue
7th Floor
New York, New York 10017
tel: (212) 972-0200
fax: (646) 200-5022
ecreiz@creizmanllc.com
www.creizmanllc.com

*Via ECF and*
*Courtesy Copy by Facsimile*

November 16, 2016

The Honorable Paul G. Gardephe
United Stated District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul A. Gardephe*
Paul G. Gardephe, U.S D.J.

Dated: Nov. 22, 2016

Re:     *United States v. Tuzman*, **15 Cr. 536 (PGG)**

Dear Judge Gardephe:

On November 10, 2016, the Court granted my application on behalf of Omar Amanat, dated October 28, 2016 to modify his bail conditions so that the security for Mr. Amanat's $2.5 million personal recognizance bond be changed from the $250,000 cash deposit made by his uncle to pledging of the house in Verona, New Jersey owned by Mr. Amanat's ex-wife, and where their three young children reside.

Per the Court's order, I am now providing proof that the attached confession of judgment has been filed in the New Jersey Superior Court, at Newark. Accordingly, I respectfully request that the Court order that the Clerk's Office release to Mr. Amanat's uncle the $250,000 he deposited as security for Mr. Amanat's personal recognizance bond.

I thank the Court for its consideration in this matter.

Respectfully Submitted,

/s/ Eric M. Creizman
Eric M. Creizman

Attachment
cc: AUSAs Andrea Griswold and Damian Williams (by ECF)

NEW YORK     WHITE PLAINS