```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

KALEIL ISAZA TUZMAN and OMAR AMANAT,

Defendants.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendants' pretrial motions in this matter:

1. Defendants' motions are due on **January 31, 2017**.

2. The Government's opposition is due on **February 21, 2017**.

3. Defendants' replies, if any, are due on **February 28, 2017**.

It is further ORDERED that the parties will confer and submit to this Court a joint letter by **November 28, 2016** identifying any remaining discovery issues. If discovery issues remain for resolution, the parties will propose how those issues should be briefed and on what schedule. In the event that privilege issues remain as to documents or electronically stored information relating to Stephen Maiden, the parties will address, inter alia, whether those issues should be resolved by this Court or by Judge Nathan in connection with the SEC civil enforcement action pending before Judge Nathan (No. 15 Civ. 7057 (AJN)).

It is further ORDERED that the Government will submit a response to Defendants' applications for bail modifications (Dkt. Nos. 174, 175) by **December 6, 2016**. A bail review hearing will be conducted on **December 9, 2016 at 3:00 p.m.** in Courtroom 705 of

the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 22, 2016

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge