UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/16
```

UNITED STATES OF AMERICA

- against -

KALEIL ISAZA TUZMAN and OMAR
AMANAT,

                    Defendants.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to supplemental

briefing on Defendants' motion to compel production of Rule 16, Brady, Giglio, and Jencks Act

material:

1. Defendants' briefing is due on **December 12, 2016**.

2. The Government's opposition is due on **December 20, 2016**.

3. Defendants' reply, if any, is due on **December 23, 2016**.

It is further ORDERED that the parties submit to this Court a joint status report

by **December 7, 2016** explaining the results of the forensic comparison analysis conducted by

the SEC with respect to the Stephen Maiden computers. In the event that privilege issues remain

as to documents or electronically stored information relating to Stephen Maiden, the parties will

address, inter alia, whether those issues should be resolved by this Court or by Judge Nathan in

connection with the SEC civil enforcement action pending before Judge Nathan (No. 15 Civ.

7057 (AJN)).

Dated: New York, New York
       November 29, 2016

SO ORDERED.

Paul G. Gardephe
United States District Judge