

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2016

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States</u> v. <u>Robin Smyth</u>,
             S2 15 Cr. 536 (PGG)

Dear Judge Gardephe:

      The Government respectfully submits this letter, with the consent of defense counsel, to request that the Court adjourn the sentencing control date in the above-referenced case for 90 days.

                                    Respectfully submitted,

                                    PREET BHARARA
                                  United States Attorney

                        By: _____
                               Damian Williams
                               Andrea M. Griswold
                               Assistant United States Attorneys
                               (212) 637-2298/1205

cc:      Defense Counsel (by e-mail)