

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2016

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 12/1/16

     Re:    <u>United States</u> v. <u>Robin Smyth</u>,
              **S2 15 Cr. 536 (PGG)**

Dear Judge Gardephe:

    The Government respectfully submits this letter, with the consent of defense counsel, to request that the Court adjourn the sentencing control date in the above-referenced case for 90 days.

                    Respectfully submitted,

                    PREET BHARARA
                    United States Attorney

By: _____

        Damian Williams
        Andrea M. Griswold
        Assistant United States Attorneys
        (212) 637-2298/1205

cc:    Defense Counsel (by e-mail)

**MEMO ENDORSED**

The Application is granted. *Sent'encing is adjourned to March 6, 2017 at 2:30*

**SO ORDERED:**

*Paul Gardephe*
**Paul G. Gardephe, U.S.D.J.**

Dated: *Nov. 30, 2016*