# CREIZMAN LLC

>  USDC SDNY
>  DOCUMENT
>  ELECTRONICALLY FILED
>  DOC #:
>  DATE FILED: 12/7/16

565 Fifth Avenue
7th Floor
New York, New York 10017
tel: (212) 972-0200
fax: (646) 200-5022
ecreiz@creizmanllc.com
www.creizmanllc.com

*Via ECF*

December 5, 2016

The Honorable Paul G. Gardephe
United Stated District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: Dec. 7, 2016

Re:   ***United States v. Tuzman*, 15 Cr. 536 (PGG)**

Dear Judge Gardephe:

    I am writing to withdraw Omar Amanat's motion to modify his restrictions of home detention with electronic monitoring, without prejudice to renew the motion at a later date. Accordingly, I respectfully request that Mr. Amanat and his counsel be excused from appearing at the status conference scheduled this Friday, December 9, 2016 at 12:30 p.m.

    I thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Eric M. Creizman
Eric M. Creizman
Melissa Madrigal

cc:   AUSAs Andrea Griswold and Damian Williams (by ECF and email)
       Joshua Rothman, Vincent Imbrosciano, U.S. Pretrial Services Officers (by email)

NEW YORK    WHITE PLAINS