

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 7, 2016

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:   **United States** v. **Stephen Maiden,**
>         **S4 15 Cr. 536 (PGG)**

Dear Judge Gardephe:

The Government respectfully submits this letter, with consent of defense counsel, to request that the Court adjourn Stephen Maiden's December 12, 2016 sentencing control date for at least 90 days.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Damian Williams
Andrea M. Griswold
Assistant United States Attorney
(212) 637-2298/1205

cc:   Defense Counsel (by e-mail)