

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 7, 2016

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/16
```

  Re: **United States v. Stephen Maiden,**
     **S4 15 Cr. 536 (PGG)**

Dear Judge Gardephe:

  The Government respectfully submits this letter, with consent of defense counsel, to request that the Court adjourn Stephen Maiden's December 12, 2016 sentencing control date for at least 90 days.

            Respectfully submitted,

            PREET BHARARA
            United States Attorney

         By: _____
            Damian Williams
            Andrea M. Griswold
            Assistant United States Attorney
            (212) 637-2298/1205

cc:  Defense Counsel (by e-mail)

MEMO ENDORSED

The Application is granted. Sentencing is adjourned
SO ORDERED:  to March 13, 2017
_____ at 2:30 p.m.
Paul G. Gardephe, U.S.D.J.
Dated: Dec 7, 2016