UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>GAVIN CAMPION,<br><br>　　　　　　　　　　　　Defendant. | S3 15-CR-536 (PGG)<br><br>**NOTICE OF APPEARANCE** |

TO:　The Clerk of the Court and all parties of record:

　　　PLEASE TAKE NOTICE that the undersigned is admitted to practice in this Court, and hereby respectfully submits this notice of appearance as counsel for Defendant Gavin Campion.

Dated: New York, New York
　　　　December 30, 2016

　　　　　　　　　　　　　　　　　　　WALDEN MACHT & HARAN LLP

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Jim Walden
　　　　　　　　　　　　　　　　　　　One Battery Park Plaza, 34th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　Tel.:　(212) 335-2031
　　　　　　　　　　　　　　　　　　　Email: jwalden@wmhlaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Gavin Campion*