# BEYS LISTON & MOBARGHA LLP

Joshua D. Liston
646.755.3601 (Direct)
jliston@blmllp.com

January 3, 2017

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States v. Kaleil Isaza Tuzman*, S8 15 Cr. 536 (PGG)

Dear Judge Gardephe:

    We write respectfully to be relieved as counsel for Mr. Isaza Tuzman at the upcoming status conference, currently scheduled for Friday, January 6 at 11 a.m. We make this application based on Mr. Isaza Tuzman's request to substitute Serpe Ryan LLP as co-counsel to Gibson Dunn & Crutcher in place of Beys Liston & Mobargha LLP. Pursuant to Rule 6 of Your Honor's Individual Practices, both Michael Beys and I will attend that conference, as well as Mr. Isaza Tuzman, Avi Weitzman of Gibson Dunn, and Silvia L. Serpe and Paul W. Ryan of Serpe Ryan LLP.

    Thank you for your consideration of this request.

Respectfully Submitted,

/s Joshua D. Liston
_____
Michael P. Beys, Esq.
Joshua D. Liston, Esq.
*Counsel for Kaleil Isaza Tuzman*

cc:    Counsel of Record (by ECF)
        Silvia L. Serpe (by email)
        Paul W. Ryan (by email)

___

825 Third Avenue, 2nd Floor, New York, NY 10022
Main: 646.755.3600 • Fax: 646.755.3599
www.blmllp.com