UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/17

UNITED STATES OF AMERICA

- against -

KALEIL ISAZA TUZMAN and OMAR
AMANAT,

Defendants.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a conference in this matter will take place on

**January 6, 2017 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
          January 3, 2017

SO ORDERED.

Paul R. Gardephe

Paul G. Gardephe
United States District Judge