# PEDLEY & BLAUROCK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/17

January 3, 2017

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Kaleil Isaza Tuzman*, S8 15 Cr. 536 (PGG)

Dear Judge Gardephe:

I write respectfully to be relieved as counsel for Mr. Isaza Tuzman at the upcoming status conference, currently scheduled for Friday, January 6th at 11 a.m. I make this application with Mr. Isaza Tuzman's consent and as part of his application to substitute Serpe Ryan LLP as co-counsel to Gibson Dunn & Crutcher in place of Beys Liston & Mobargha LLP and Pedley & Blaurock, PLLC.

Additionally, I respectfully request that Your Honor allow me to make this application telephonically at the upcoming status conference because I will not be in New York during the time of the hearing.

Thank you for your consideration of these requests.

Respectfully Submitted,

Amanda Lee Blaurock

**MEMO ENDORSED**

The application to be relieved as counsel is granted, subject to Defendant Tuzman's consent.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Jan. 3, 2017

AMANDA BLAUROCK
c (202) 210 5565
e amanda@pedleyblaurock.com
901 Avenue of The Stars, 2nd Fl
LOS ANGELES, CA 90067
3773 Cherry Creek North Drive, Suite 575
DENVER, CO 80209
www.pedleyblaurock.com