**Lewis | Baach** pllc
**Kaufmann Middlemiss**
THE NEW YORK OFFICE OF LEWIS BAACH PLLC

Jason H. Berland
212 897 1973
jason.berland@lewisbaach.com

January 3, 2017

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:  *United States v. Kaleil Isaza Tuzman*, S8 15 Cr. 536 (PGG)

Dear Judge Gardephe:

    I am currently a partner at Lewis Baach pllc Kaufmann Middlemiss. Formerly, as a partner of Michael Beys and Josh Liston, I represented Mr. Isaza Tuzman in the above referenced matter. I write respectfully to be relieved as counsel for Mr. Isaza Tuzman at the upcoming status conference, currently scheduled for Friday, January 6 at 11 a.m. I make this application with Mr. Isaza Tuzman's consent and as part of his application to substitute Serpe Ryan LLP as co-counsel to Gibson Dunn & Crutcher in place of Beys Liston & Mobargha LLP.

    Additionally, I respectfully request that Your Honor allow me to make this application telephonically.

    Thank you for your consideration of these requests.

Respectfully Submitted,

*/s/ Jason H. Berland*
Jason H. Berland

cc:    Counsel of Record (by ECF)
       Silvia L. Serpe (by email)
       Paul W. Ryan (by email)