UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States of America          Plaintiff,         Case No. 1:15-cr-00536-PGG-6

    -against-

Gavin Campion          Defendant.

--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jim Walden**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JW0447          My State Bar Number is 2505642

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Walden Macht & Haran LLP
    FIRM ADDRESS: One Broadway, 6th Floor New York, NY 10004
    FIRM TELEPHONE NUMBER: (212) 335-2031
    FIRM FAX NUMBER: (212) 335-2040

NEW FIRM:   FIRM NAME: Walden Macht & Haran LLP
    FIRM ADDRESS: 1 Battery Park Plaza, 34th Floor New York, NY 10004
    FIRM TELEPHONE NUMBER: (212) 335-2031
    FIRM FAX NUMBER: (212) 335-2040

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: January 6, 2017

                                 ATTORNEY'S SIGNATURE