UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/17

UNITED STATES OF AMERICA,

-against-

IRFAN AMANAT,

Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Jill Shellow is appointed to represent Defendant Irfan Amanat in this matter, pursuant to the Criminal Justice Act.

Dated: New York, New York
January 12, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge