UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KALEIL ISAZA TUZMAN,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/17

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the applications of Michael Beys, Joshua Liston, Amanda Lee Blaurock, and Jason Berland to withdraw as counsel for Defendant Kaleil Isaza Tuzman (Dkt. Nos. 205, 206, 209) are granted.

Dated: New York, New York
       January 12, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge