UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/17

UNITED STATES OF AMERICA

- against -

KALEIL ISAZA TUZMAN, OMAR AMANAT, and IRFAN AMANAT,

Defendants.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is ORDERED that Defendant Isaza Tuzman's motion to dismiss the indictment based on outrageous government conduct will proceed separately from Defendants' other pre-trial motions, and will be briefed on the following schedule:

1. Defendant's motion is due **February 14, 2017**.

2. The Government's opposition is due **March 7, 2017**.

3. Defendant's reply, if any, is due on **March 17, 2017**.

Dated: New York, New York
       January 17, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge