USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

KALEIL ISAZA TUZMAN, OMAR AMANAT, and IRFAN AMANAT,

Defendants.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following amended schedule will apply to Defendants' pretrial and discovery-related motions in this matter:

1. Defendants' motions are due on **March 31, 2017**.

2. The Government's opposition is due on **April 21, 2017**.

3. Defendants' replies, if any, are due on **May 5, 2017**.

It is further ORDERED that Defendant Irfan Amanat may – within thirty days of receipt of discovery – request additional time to prepare pretrial and discovery-related motions, in the event that additional time proves necessary.

Dated: New York, New York
       January 20, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge