UNITED STATES DISCRTIC COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

OMAR AMANAT,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

15-CR-536 (PGG)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned, an attorney duly admitted to practice before this Court, hereby appears on behalf of Defendant Omar Amanat in the above captioned action.

Dated: New York, New York
       January 23, 2017

       Respectfully submitted,

       **CREIZMAN LLC**

By:    /s/ Caroline J. Polisi
       Caroline J. Polisi (CP5655)
       CREIZMAN PLLC
       565 Fifth Avenue, 7th Floor
       New York, New York 10017
       Telephone: (212) 972-0200
       Facsimile: (646) 200-5022
       Email: cpolisi@creizmanllc.com