UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| -against- | : |
| | Dkt. No. 15 Cr. 536 (PGG) |
| IRFAN AMANAT, | : |
| Defendant. | : |

-------------------------------------------------------

PLEASE TAKE NOTICE that JILL R. SHELLOW, ESQ., an attorney duly admitted to practice before this Court, hereby appears as co-counsel, pursuant to the Criminal Justice Act, for defendant IRFAN AMANAT in the above-captioned action.

Dated:   New York, New York
         January 23, 2017

                                JILL R. SHELLOW
                                80 Broad Street, Suite 1900
                                New York, NY 10004
                                Tel:   (212) 792-4911
                                Fax:   (212) 792-4946
                                Email: jrs@shellowlaw.com


                                By:  _____/s/_____
                                        Jill R. Shellow

                                *Attorney for Defendant Irfan Amanat*