

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 28, 2017

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **United States v. Kaleil Isaza Tuzman et al.,**
             **S8 15 Cr. 536 (PGG)**

Dear Judge Gardephe:

      The Government respectfully submits this letter jointly with counsel for defendants to update the Court on the status of privilege issues relating to the production of documents by Stephen Maiden ("Maiden"). On January 13, 2017, the parties submitted a joint letter indicating that the parties had begun conferring with Maiden's counsel regarding his privilege assertions concerning approximately 422 documents. The joint letter further indicated that the parties were awaiting information from the SEC regarding the volume of documents on the computer images Maiden provided to the SEC that had been incorrectly segregated as potentially privileged due to a technical error.

      The parties are continuing their discussions regarding Maiden's privilege invocations and whether further litigation on this issue will be necessary. We are also awaiting further information from the SEC regarding the extent of the technical error and incorrect segregation.

      The parties respectfully propose to jointly update the Court by February 10, 2017.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

    By: _/s/_____
      Damian Williams/Andrea M. Griswold
      Assistant United States Attorneys
      (212) 637-2298/1205