

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 27, 2017

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/17

Re:   United States v. Gavin Campion,
      S3 15 Cr. 536 (PGG)

Dear Judge Gardephe:

The Government respectfully submits this letter, with consent of defense counsel, to request that the Court adjourn Gavin Campion's January 30, 2017 sentencing control date for at least 90 days.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *Ambrswold*
Damian Williams
Andrea M. Griswold
Assistant United States Attorney
(212) 637-2298/1205

cc:   Defense Counsel (by ecf)

**MEMO ENDORSED**

Sentencing is adjourned to
June 29, 2017 at 2:30 p.m.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Jan. 30, 2017