UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA           :
                                   :
            v.                     :
                                   :    No. S8 15 Cr. 536 (PGG)
KALEIL ISAZA TUZMAN, OMAR          :
AMANAT, and IRFAN AMANAT,          :
                                   :
            Defendants.            :
                                   :
------------------------------------------------------------- x

## DECLARATION OF SILVIA L. SERPE

SILVIA L. SERPE, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1. I am a partner with the law firm of Serpe Ryan LLP, located at 1115 Broadway, 12th Floor, New York, New York 10010. I am admitted to practice before this Court and the courts of the State of New York.

2. I am counsel to Kaleil Isaza Tuzman, and I submit this declaration, pursuant to Southern District Local Criminal Rule 16.1, in support of Mr. Isaza Tuzman's motion for discovery and a hearing regarding the government's conduct in this case.

3. On November 14, 2016, Michael P. Beys of Beys Liston & Mobargha LLP, formerly defense counsel to Mr. Isaza Tuzman, sent a letter to the prosecutors requesting that the government preserve and produce all documents relating to Mr. Isaza Tuzman's arrest and imprisonment in Colombia. A true and correct copy of defense counsel's November 14 letter is attached hereto as **Exhibit 1**.

4. On November 18, 2016, the government responded to defense counsel's November 14 letter request. A true and correct copy of the government's November 18 response is attached hereto as **Exhibit 2**.

5.  On November 27, 2016, Joshua D. Liston of Beys Liston & Mobargha LLP, also formerly defense counsel to Mr. Isaza Tuzman, sent a follow-up letter seeking clarification from the government as to its position with respect to the discovery demands and reiterated that the request was made in connection with Mr. Isaza Tuzman's defense based on the government's conduct. A true and correct copy of defense counsel's November 27 follow-up letter is attached hereto as **Exhibit 3**.

6.  On November 30, 2016, the government responded to defense counsel's November 27 follow-up letter. A true and correct copy of the government's November 30 follow-up response is attached hereto as **Exhibit 4**.

7.  Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of the United States Department of State's Colombia Country Report on Human Rights Practices for 2014. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of the United States Department of State's Colombia Country Report on Human Rights Practices for 2015.

8.  Finally, attached hereto as **Exhibit 7** is a proposed order granting Mr. Isaza Tuzman's request for limited discovery and a hearing.

Dated: February 14, 2017
        New York, New York

**/s/ Silvia L. Serpe**
Silvia L. Serpe
