# EXHIBIT 1

# Declaration of Amanda L. Blaurock, dated November 20, 2015

# Previously filed under seal at Dkt. #24-1