# EXHIBIT 2

# Declaration of Amanda L. Blaurock, dated December 2, 2015

# Previously filed under seal at Dkt. #33