# EXHIBIT 3

Case 1:15-cr-00536-PGG   Document 240-3   Filed 02/14/17   Page 1 of 14

| | |
|---|---|
| **Subject:** | Fwd: My brother, Kaleil Isaza Tuzman |
| **Date:** | Wednesday, September 30, 2015 at 8:29:30 AM Colombia Standard Time |
| **From:** | Intiya Isaza-Figueroa |
| **To:** | Kaleil Isaza Tuzman, Amanda Blaurock |
| **Attachments:** | image001.png |

FYI

---------- Forwarded message ----------
From: **Intiya Isaza-Figueroa** <intiya@gmail.com>
Date: Wed, Sep 30, 2015 at 9:28 AM
Subject: Re: My brother, Kaleil Isaza Tuzman
To: "BOGOTA, ACS" <acsbogota@state.gov>


Dear Robin,

Thank you for the kind and timely response. I am glad you were able to locate the Privacy Waiver, which you brought to

Kaleil specifically mentioned that you were going to be speaking to the deputy warden of the Picota regarding his safety
this would go a long way towards making him safer in the short term. Can you please provide me and/or his attorney w

Separately, while I hear your position that INPEC is responsible for Kaleil's safety, this is not logically the case. Kaleil is no
to the U.S.' extradition order. He is accused of a non-violent financial crime unrelated to drug trafficking. He is in a priso
Embassy in Colombia, the USAO in the Southern District of New York, and other organs of the government) are fully aw
Kaleil's immediate extradition--or even voluntary surrender to a U.S. Marshal. By not facilitating this, the U.S. governme
under conditions which would be considered torture (no light, no running water, etc.) in a U.S. territorial context. Mean
the violent criminals in their overcrowded facility is of no reassurance to me, quite the opposite, given their track record

Kaleil's only desire here is to come back home to face these (relatively minor) charges. Our family is trying to support th
expended on Kaleil's behalf by decent people such as yourself. We implore you to go further and do more. Everyone kn
the U.S. on matters of this type--part of the historic relationship that exists between the two countries. I cannot in good
and unsafe situation my brother is in.

Sincerely,
Intiya Isaza

On Tue, Sep 29, 2015 at 4:49 PM, BOGOTA, ACS <acsbogota@state.gov> wrote:

> Dear Ms. Isaza,
>
> I verified that whereas you were not specifically mentioned by name in Mr. Kaleil's PAW, you were included as family as were individual members of congress.  I repeat that we are taking the appropriate measure to relay Kaleil's concerns about his safety to INPEC, the Colombian Bureau of Prisons which ultimately has the responsibility for Mr. Kaleil's safety as INPEC does for any other prisoner.
>
>
> I cannot address the questions you have about the extradition process as these are issues that fall far outside my area of responsibility or competence.  I simply do not know.

Any questions about the extradition process should be addressed to Mr. Kaleil's attorneys in Colombia and/or the United States.

As a courtesy, I will forward your e-mail to our Judicial Attache whose office handles extraditions.

Sincerely,

Robin Busse

**Robin Busse • American Citizen Services Chief• U.S. Embassy Bogota • U.S. Department of State**
Carrera 45 # 24B-27, Bogota, Colombia | ☏: 57.1.275.2000| ✉: [acsbogota@state.gov](mailto:acsbogota@state.gov) website: <http://bogota.usembassy.gov/> | Facebook: <http://www.facebook.com/usdos.colombia>

**From:** Intiya Isaza-Figueroa [mailto:intiya@gmail.com]
**Sent:** Tuesday, September 29, 2015 3:27 PM
**To:** BOGOTA, ACS; Shirley.Arriaga@mail.house.gov
**Subject:** Re: My brother, Kaleil Isaza Tuzman

Dear Robin,

Thank you for your response and attention to his case. I have been reassured that Kaleil did actually sign the Privacy Act waiver and explicitly named me as someone your office was authorized to speak to. He says he did this during your last visit, which I believe was last week. Can you please review the record of your visit and check for the signed waiver? It is of course incredibly important to Kaleil that his family have access to updates of the case and that was his intent and what he believes he authorized during your last meeting.

Hopefully once you've located the waiver, you can address the following concerns. Do you know where we are in the 60-day process? Can you find out if the U.S. has formally presented the extradition request and documentation? How do we find out if the U.S. has or has not done this?

My sincere thanks to you in any and all your efforts. I am copying Congressman Neal's office, who I have been in communication with on this matter, who also asked me for the waiver.

Thank you,

Intiya Isaza

On Tue, Sep 29, 2015 at 9:31 AM, BOGOTA, ACS <acsbogota@state.gov> wrote:

Dear Ms. Isaza-Figueroa,

Actually, your brother Kaleil has not/not granted written waiver of the 1973 Privacy Act for us to talk to you about his case so there's not much I can say except we have visited Kaleil and are doing what we can to address his concerns.

We will make sure that the next time we visit Kaleil that we get him to sign a privacy act waiver allowing us to speak to you about his case.

60 days is the amount of time specified in the extradition treaty between the United States and Colombia for the U.S. to formally present the extradition request and documentation through standard channels and procedures. If the documentation is not formally filed by then, Kaleil must be released.

Our office's job is to ensure that U.S. citizen prisoners are treated well and no worse than Colombian prisoners. We do this through periodic consular visits to U.S. citizen prisoners and intervention with the Colombian Bureau of Prisons (INPEC) as necessary. Our office does not get involved in the extradition procedures.

Sincerely,

Robin Busse



**Robin Busse • American Citizen Services Chief• U.S. Embassy Bogota • U.S. Department of State**
Carrera 45 # 24B-27, Bogota, Colombia | ☎: 57.1.275.2000| ✉: acsbogota@state.gov website: http://redirect.state.sbu/?url=http://bogota.usembassy.gov/ | Facebook: http://redirect.state.sbu/?url=http://www.facebook.com/usdos.colombia

**From:** Intiya Isaza-Figueroa [mailto:intiya@gmail.com]
**Sent:** Monday, September 28, 2015 12:44 PM
**To:** bussra@state.gov; BOGOTA, ACS
**Subject:** My brother, Kaleil Isaza Tuzman

Hello,

Thank you for taking the time to speak with me. As I mentioned on the phone, I am scared for Kaleil's safety and know that he has said he feels unsafe in his current conditions. I hope that your office will do whatever it can to aide him given that he is an American citizen accused of no violent crimes being held with extremely violent criminals.

He does not have access to drinking water, sanitary services, adequate food, or sunlight. These are conditions he would not be subjected to in the USA even under the worst circumstances. I hope to appeal to your humanity and empathy. I know the Southern District of New York must take action at this point to move the case forward, but I'm sure that your office can encourage them to do so in a timely manner. If he were on American soil the charges would have to be processed within 72 hours; 60 days would clearly be beyond what is "reasonable" under American law. He is an American citizen being held because of a request from the American government. I truly hope there is something your office can do to ensure that during that time he is protected by his civil rights. Have you been able to speak with a warden at La Picota to ensure his protection?

Please contact me if there is anything I can do or if there is any update on his condition or case and any place you advise I focus my efforts to get him safe. My number is 413 320 5793. I truly thank you in advance for anything that can be done to keep him safe during this time in Colombia. I am confident that once he is back in the USA he will be safe and able to address the charges with due process.

Sincerely,

Intiya Isaza

--

Intiya Isaza-Figueroa

Privacy/PII

This email is UNCLASSIFIED.

--

Intiya Isaza-Figueroa

Privacy/PII

This email is UNCLASSIFIED.

--
Intiya Isaza-Figueroa

--
Intiya Isaza-Figueroa

**Subject:** My Brother, Kaleil Isaza Tuzman: American Citizen in La Picota
**Date:** Thursday, October 8, 2015 at 10:34:31 AM Colombia Standard Time
**From:** Intiya Isaza-Figueroa
**To:** AmbassadorB@state.gov, Ani Tuzman, Amanda Blaurock, Orlando Isaza

Dear Ambassador Whitaker:

Kaleil Isaza Tuzman is my brother. I have woken up every day for the last month to the terrible knowledge that he is being held in a Colombian prison under conditions that violate his civil and human rights.

The Southern District of New York issued the indictment and extradition order in relation to fraud charges from 2008-2011. As you well know, the extradition treaty with Colombia was developed in order to capture some of the most violent and horrific international criminals in the last three decades, and he is being held precisely with those people now. He is in an overcrowded space with terrorists, narco-traffickers, seasoned money-launderers, hitmen, and a laundry list of violent criminals.  We fear for his safety and his life, especially given the horrible conditions with lack of security and medical care.

Please help us. We understand that the Colombian Minister of Justice has the authority to have him moved to "Erre Sur", where inmates accused of  white collar crimes are held under safer and more humane conditions. This is not a facility typically used for extradition cases because they have always been associated with violent crime or criminal networks.

I should add that Kaleil is eager to be extradited and be allowed to defend himself in a U. S. Court. His lawyers have met with the relevant parties in NY and informed them of that intention. I last saw Kaleil at our Harvard Alumni Reunions in Boston May of this year, and I am so eager to get him back on American soil.

I beg of you, please do anything in your power to help us and ensure that Kaleil is moved to a safer location. Every day he is left in Patio 16 of La Picota continues to put him at risk of physical and sexual assault, leaves him vulnerable to extortion attempts by Colombian authorities, and continues to cause psychological damage.

Thank you,

Intiya Isaza-Figueroa

**Subject:** A plea for your help on behalf of Mr. Isaza-Tuzman
**Date:** Thursday, October 8, 2015 at 8:27:59 PM Colombia Standard Time
**From:** Gail Reiken Tuzman
**To:** AmbassadorB@state.gov
**CC:** tuzmanani@gmail.com, Amanda Blaurock

Dear Mr. Whitaker and US Embassy Staff,

Kaleil Isaza-Tuzman is a citizen of the US (and Colombia) and my cousin. He was arrested a month ago (September 7) in Bogota, Colombia, with an extradition order pursuant to an indictment by the US Attorney of the Southern District of NY for securities accounting and wire fraud. He is not fighting extradition, but, in fact, wants to return to the US as soon as possible to face charges.

I am very concerned that he is being held in dangerous conditions in "LA PICOTA," a maximum security prison which has cited by the Colombian Constitutional Court for violations of human rights. His family fears for his safety where he is currently detained. Every day he spends under these conditions is weakening his health, destroying his morale and most importantly, risking his life. Extradition proceedings could take months. In his current location I fear for Kaleil's health and welfare.

I implore you to do all that is in your power to request that the Minister of Justice move Kaleil to Erre Sur where he will more likely be treated with justice and fairness as he awaits his day in court.

This is a humanitarian request. (We are not asking for involvement relative to the securities charges.)

I hope very much that you and your office will use every means possible at your disposal to take action on Kaleil's behalf.

Sincerely,

Gail Tuzman

Sent from my iPhone

**Subject:** Kaleil Isaza-Tuzman -- humanitarian request
**Date:** Thursday, October 8, 2015 at 8:33:56 PM Colombia Standard Time
**From:** Nanette M. Sawyer
**To:** US Ambassador Kevin Whitaker
**CC:** tuzmanani@gmail.com, Amanda Blaurock

Dear Ambassador Whitaker,

I am writing to urge you to quickly request the Colombian Minister of Justice to move Kaleil Isaza-Tuzman from La Picota maximum security prison to the more appropriate facility at Erre Sur.

Isaza-Tuzman was arrested a month ago on September 7 in Bogota on charges related to an indictment by the US Attorney of the Southern District of NY for securities accounting and wire fraud.

His family and friends, including myself, are very worried for his safety and his human rights while he is held in La Picota. We fear that his life is in danger while he awaits extradition to the US.

I understand that there is a section of the prison called "Erre Sur" where those accused of non-violent "white collar" crimes are kept.

Please make every effort to encourage the Minister of Justice to move Isaza-Tuzman to this more appropriate area and urge his speedy extradition to the United States where he can face the charges lodged against him.

Please do respond to this request, and let me know what progress is made on behalf of Kaleil Isaza-Tuzman.

Thank you for your service and your assistance in this urgent matter.

Sincerely,
Nanette Sawyer

--
The Reverend Nanette Sawyer
St. James Presbyterian Church (USA)
Chicago, IL 60645
nanettesawyer@gmail.com

Author of Hospitality: The Sacred Art, Skylight Paths, 2008: http://tinyurl.com/hospitality-sacred-art

**Subject:** Well Being of US Citizen Kaleil Tuzman
**Date:** Thursday, October 8, 2015 at 11:42:29 PM Colombia Standard Time
**From:** Wayne Lee
**To:** AmbassadorB@state.gov

Ambassador Kevin Whitaker
United States Embassy
Bogota, Columbia

Email at AmbassadorB@State.gov

Dear Ambassador Whitaker:

I write to add my voice to others appealing to you and your staff to take prompt action to secure the health and well being of Kaleil Isaza Tuzman. Mr. Tuzman is a joint citizen of the United States and Colombia and has been held since early September in the Colombian prison in Bogota known as La Picota. In the current holding cell in the prison, his life and health is in daily danger.

Mr. Isaza is being detained for extradition to the United states at the request the US Attorney of the Southern District of New York for securities fraud. I understand that Mr. Isaza has been present recently on several occasions in the US and was available for arrest and detention at such time in which can he would case he would be afforded the protections of US justice. I also understand that he currently accedes to return voluntarily to the US to face charges and trial. It appears that he currently is in a legal limbo for he is not free to return nor take any action because while the US Attorneys have placed an extradition request, they have not sent forms that would allow him to waive extradition and return immediately.

I am a close friend of the family of Kaleil and am severely disappointed to hear that an extradition request of a person yet to stand trial in the US may have placed him in graver danger while awaiting trial than it may be if he were indeed found guilty of the charges against him. I might wonder at the motives of the US Attorney to in effect impose punishment and hardship by simply proceeding laggardly in his actions.

In the interim, I understand that there is an option to improve Kahleil's current condition and which is in your power to advance. Please request to the Colombian Minister of Justice on his behalf that he be moved to "Erre Sur" an alternative area of the prison where others accused of nonviolent crimes are kept. There the conditions are more humane and he would be safer.

I further request in the interest of justice that you seek to provide staff or other means of frequent monitoring of his comdition and situation both before and after an such move is affected. It seems most reasonable that a close eye from your Embassy on a US citizen in Colombian custody could greatly increase his chance of survival as he awaits the slow process imposed by the procedure of the US Attorney.

I would greatly appreciate any reports on progress on securing improved conditions

and security for Kahleil Tuzman that your office could provide me.

Thank you for your attention to this life critical issue for a man and his family.

Sincerely,

Wayne Lee Hoffman
2044 Bellaire Street
Denver, Colorado 80207

Email at WayneLeeH@Gmail.com

**Subject:** US Ambassador Kevin Whitaker--re: Kaleil Isaza Tuzman
**Date:** Friday, October 9, 2015 at 11:07:48 AM Colombia Standard Time
**From:** Sarah Buttenwieser
**To:** AmbassadorB@state.gov
**CC:** tuzmanani@gmail.com, Amanda Blaurock

Hello,

I am a friend of the Isaza Tuzman family and a Massachusetts citizen. I am very much hoping you can use your sway to first get Kaleil Isaza Tuzman from Erre Sur to a safer part of the prison and then to expedite his extradition. It sounds as if his life is in grave danger and while accused of a crime, he is NOT accused of a violent crime and thus should be kept from physical harm at the very least.

Thank you so much for both your consideration and your support. This is as gentle and wonderful a family as I know and my heart truly breaks for this terrible situation to be theirs to contend with.

Sincerely,
Sarah Buttenwieser
46 Franklin Street
Northampton Massachusetts 01060


Find me on twitter @standshadows

**Subject:** Kaleil Isaza Tuzman
**Date:** Friday, October 9, 2015 at 11:36:59 AM Colombia Standard Time
**From:** Margaret Holcomb
**To:** AmbassadorB@state.gov
**CC:** tuzmanani@gmail.com, Amanda Blaurock

Dear Kevin Whitaker,

I am writing on behalf of Kaleil and my aching heart so pained
by yet another global out-picturing of man's inhumanity to man.

I am requesting that you ask Colombia's Minister of Justice
to have Kaleil moved to Erre Sur, a safer and more humane
part of the prison where non-violent individuals accused of similar crimes and kept.

Hoping  Love and Justice will  prevail.

Thank you for your prompt and kind attention to this matter.

Peg Holcomb

(resident of MA and long time friend of Kaleil's family.)

**Subject:** Kaleil Isaza Tuzman
**Date:** Friday, October 9, 2015 at 11:53:53 AM Colombia Standard Time
**From:** Lori Shine
**To:** AmbassadorB@state.gov
**CC:** tuzmanani@gmail.com, Amanda Blaurock

Dear Ambassador:

I urge you to please ask Colombia's Minister of Justice to move Kaleil to "ERRE SUR," a safer and more humane part of the prison where non-violent individuals accused of similar crimes are kept.

We need your help to insure Tuzman's safety.
Thank you,
Lori Shine