# EXHIBIT 4

**Subject:** Update: Kaleil Isaza Tuzman
**Date:** Friday, October 9, 2015 at 2:14:17 PM Colombia Standard Time
**From:** Amanda Blaurock
**To:** BOGOTA, ACS

Hello Mr. Busse,

Thank you so much for taking my call today. As you requested, I have asked the family to cease the letters to your office in order to give you an opportunity to do your job without the distraction.  Were you able to speak with INPEC? AS we discussed I am quite worried about the ramifications of relaying the attempted sexual assault. Can you please keep me posted on whether they agree to move him to Erre Sur?  Let me know if I should give you a call.

Thank you again for your assistance.

Kind regards,
Amanda
Amanda Blaurock
Acting President
KIT Capital
Global landline: +1 646 502 7489
Global cel: +1 917 224 8887
Global fax: +1 212 937 3999
Email: amanda@kitcapital.com

The information contained within this e-mail and any attachments ("Email") may contain legally privileged, proprietary and confidential information intended solely for the recipients listed as addresses. If you are not an addressee, any review, dissemination, disclosure, copying, distribution, retention, communication, or use of the contents of this Email is strictly prohibited. If this Email is received in error, immediately notify the original sender by return email or telephone KIT Capital, LLC at +1 646 502 7493, and delete this Email. KIT Capital LLC warrants neither the accuracy nor the completeness of
the information contained in this Email.