# EXHIBIT 5

**Copy of e-mail correspondence between Marlon Cobar and Amanda L. Blaurock, dated October 23 through November 3, 2015**

**Previously filed with redactions at Dkt. #15-11**