```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/17/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA

v.

KALEIL ISAZA TUZMAN, OMAR
AMANAT, and IRFAN AMANAT,

          Defendants.

------------------------------------------------------------- x

No. S8 15 Cr. 536 (PGG)

## [PROPOSED] ORDER GRANTING THE DEFENDANT'S APPLICATION TO FILE UNDER SEAL

WHEREAS, on February 14, 2017, Kaleil Isaza Tuzman filed a motion for discovery and a hearing on the government's conduct (Dkt. #236);

WHEREAS, on February 14, 2017, Mr. Isaza Tuzman publicly filed on ECF, among other supporting documents, a redacted version of the Declaration of Kaleil Isaza Tuzman, dated February 14, 2017 ("Isaza Tuzman Declaration") (Dkt. #239), which redacted highly personal and sensitive facts;

WHEREAS, an additional word, referencing a highly personal and sensitive fact, should have been redacted from the redacted version of the Isaza Tuzman Declaration publicly filed on ECF as Dkt #239;

WHEREAS, by letter dated February 16, 2017, Mr. Isaza Tuzman, through counsel, requests that the Court order that the previously filed Declaration of Mr. Isaza Tuzman (Dkt. #239) be sealed in its entirety and Mr. Isaza Tuzman will re-file a corrected redacted version of the declaration;

1

**IT IS HEREBY ORDERED** that:

The defendant's application is GRANTED. The Clerk of the Court shall expeditiously place under seal Dkt. #239 (the Declaration of Mr. Isaza Tuzman) in the above-captioned action. Defendant will file a properly redacted version of the declaration by Feb. 21, 2017

Dated: Feb. 16, 2017

Hon. Paul G. Gardephe
United States District Judge