

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2017

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:   **United States v. Robin Smyth,**
>        **S2 15 Cr. 536 (PGG)**

Dear Judge Gardephe:

    The Government respectfully submits this letter, with the consent of defense counsel, to request that the Court adjourn the sentencing control date in the above-referenced case for 90 days.

                          Respectfully submitted,

                          PREET BHARARA
                        United States Attorney

By: _____
                        Damian Williams
                        Andrea M. Griswold
                        Assistant United States Attorneys
                        (212) 637-2298/1205

cc:   Defense Counsel (by e-mail)