

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 3, 2017

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/17
```

    Re:    **United States v. Robin Smyth,**
            **S2 15 Cr. 536 (PGG)**

Dear Judge Gardephe:

    The Government respectfully submits this letter, with the consent of defense counsel, to request that the Court adjourn the sentencing control date in the above-referenced case for 90 days.

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney

                By: _____
                    Damian Williams
                    Andrea M. Griswold
                    Assistant United States Attorneys
                    (212) 637-2298/1205

cc:    Defense Counsel (by e-mail)

**MEMO ENDORSED**

*Sentencing is adjourned to August 8, 2017 at 2:30pm*

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Date: March 7, 2017