

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2017

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **United States v. Stephen Maiden,**
               S4 15 Cr. 536 (PGG)

Dear Judge Gardephe:

    The Government respectfully submits this letter, with consent of defense counsel, to request that the Court adjourn Stephen Maiden's March 13, 2017 sentencing control date for at least 90 days.

                          Respectfully submitted,

                          PREET BHARARA
                        United States Attorney

          By: _____
                  Damian Williams
                  Andrea M. Griswold
                  Assistant United States Attorney
                  (212) 637-2298/1205

cc:    Defense Counsel (by ECF)