

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2017

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/17
```

    Re:    **United States v. Stephen Maiden,**
           **S4 15 Cr. 536 (PGG)**

Dear Judge Gardephe:

    The Government respectfully submits this letter, with consent of defense counsel, to request that the Court adjourn Stephen Maiden's March 13, 2017 sentencing control date for at least 90 days.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

                          By: _____
                              Damian Williams
                              Andrea M. Griswold
                              Assistant United States Attorney
                              (212) 637-2298/1205

cc:    Defense Counsel (by ECF)

**MEMO ENDORSED**

Sentencing is adjourned to August 15, 2017 at 2:30 p.m.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.
Dated: March 13, 2017