# Declaration of Malgorzata W. Witek, dated March 17, 2017

# [FILED UNDER SEAL]