

March 17, 2017

VIA ECF

Honorable Paul G. Gardephe
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:   *United States v. Kaleil Isaza Tuzman*, No. S8 15 Cr. 536 (PGG)

Dear Judge Gardephe:

    We write respectfully on behalf of Mr. Isaza Tuzman to request oral argument on his Motion for Discovery and a Hearing on the Government's Conduct (Dkt. # 236).

Respectfully submitted,

Silvia L. Serpe

cc:   Avi Weitzman, Esq. (*via ECF*)
      Damian Williams, USAO/SDNY (*via ECF*)
      Andrea Griswold, USAO/SDNY (*via ECF*)