

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 24, 2017

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States** v. **Kaleil Isaza Tuzman**,
S8 15 Cr. 536 (PGG)

Dear Judge Gardephe:

We write in response to defendant Kaleil Isaza Tuzman's reply memorandum of law in support of discovery and a hearing on Government misconduct to update the Court regarding *United States* v. *William Walters*, 16 Cr. 338 (PKC). Although counsel relies extensively on *Walters*, they fail to note anywhere in their brief that Judge Castel ultimately denied the motion in that case without an evidentiary hearing more than two weeks before Tuzman submitted his reply. *See Walters*, Docket Entry 104 (March 1, 2017). Accordingly, we write to bring that decision to the attention of the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Damian Williams
Andrea M. Griswold
Assistant United States Attorney
(212) 637-2298/1205

cc: Defense Counsel (by ECF)