UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                :

UNITED STATES OF AMERICA        :

                :     Docket No.: 15-CR-536 (PGG)

      -v-           :

                :     **NOTICE OF MOTION**

KALEIL ISAZA TUZMN, OMAR AMANAT, :
and IRFAN AMANAT,         

                :

      Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, as well as the Declaration of Eric M. Creizman and the exhibits annexed thereto, Omar Amanat respectfully moves this Court before the Honorable Paul G. Gardephe, United States District Judge, 40 Foley Square, New York, New York 10007, for an order: (1) severing the trials of Counts One through Three from Counts Five and Six of Superseding Indictment S-8 under Fed. R. Crim. P. 8(b) and 14; (2) severing the trials of Omar Amanat and Kaleil Isaza Tuzman under Fed. R. Crim. P. 14; (3) dismissing Count Four of the Indictment for duplicity, or, in the alternative, directing the government to elect which of the two conspiracies charged in that Count it will seek to prove at trial; (4) striking prejudicial surplusage under Fed. R. Crim. P. 7(d); (5) directing the government to provide notice of other act evidence under Rule 404(b) 60 days no later than 60 days before trial; (6) directing the government to provide a preliminary exhibit list and a preliminary witness list no later than 60 days before trial; and (7) directing the government to promptly disclose and identify all *Brady* and non-§3500 *Giglio* material, and no later than 60 days before trial.

Dated:  New York, New York
        March 31, 2017

                                        Respectfully submitted,

                                        /s/ Eric M. Creizman
                                        Eric M. Creizman
                                        Caroline J. Polisi
                                        CREIZMAN LLC
                                        565 Fifth Avenue
                                        New York, NY 10017
                                        Tel. (212) 972-0200
                                        Fax (646) 200-5022
                                        ecreiz@creizmanllc.com
                                        cpolisi@creizmanllc.com