```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :   **NOTICE OF APPEARANCE AND**
           v.                      :   **REQUEST FOR ELECTRONIC**
                                   :   **NOTIFICATION**
KALEIL ISAZA TUZMAN et al.,        :
                                   :   **15 Cr. 536 (PGG)**
           Defendants.             :
                                   :
- - - - - - - - - - - - - - - - - X
```

TO:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              JOON H. KIM
                              Acting United States Attorney
                              Southern District of New York

                         By:  /s/ Joshua A. Naftalis
                              Joshua A. Naftalis
                              Assistant United States Attorney
                              (212) 637-2310

To:   Counsel of Record via ECF