```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

-v-

KALEIL ISAZA TUZMN, OMAR AMANAT,
and IRFAN AMANAT,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Docket No.: 15-CR-536 (PGG)

**MOTION TO STRIKE DOCKET ENTRIES 266, 267, and 268**

On behalf of Omar Amanat, we respectfully move to strike docket entries 266, 267, and 268, in which we inadvertently filed incorrect documents. Docket Entry 266 was supposed to contain a Notice of Motion regarding Mr. Amanat's pretrial motions, but we instead inadvertently filed a version of the memorandum of law in support of Mr. Amanat's pretrial motions that did not contain a table of authorities. In Docket Entry 267, we again inadvertently filed the same memorandum filed in Docket Entry 267. In Docket Entry 268, we properly filed the Declaration of Eric M. Creizman in support of Mr. Amanat's pretrial motions, with exhibits, but to avoid confusion, we filed the Notice of Motion as Docket Entry 269, the proper version of the memorandum of law as Docket Entry 270, and refiled the Declaration, with Exhibits as Docket Entry 271.

So as to make the record clear which are the appropriate motion papers to be filed in support of Mr. Amanat's pretrial motions, we respectfully request that the Court strike Docket Entries 266, 267, and 268

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: April 10, 2017

Dated: New York, New York
       March 31, 2017

                                          Respectfully submitted,

                                          /s/ Eric M. Creizman
                                          Eric M. Creizman
                                          Caroline J. Polisi
                                          CREIZMAN LLC
                                          565 Fifth Avenue
                                          New York, NY 10017
                                          Tel. (212) 972-0200
                                          Fax (646) 200-5022
                                          ecreiz@creizmanllc.com
                                          cpolisi@creizmanllc.com