```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

            *Plaintiff,*

v.

KALEIL ISAZA TUZMAN,

            *Defendant.*

ECF Case

No. 15 cr 536 (PGG)

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by counsel for Defendant Kaleil Isaza Tuzman ("Tuzman"),

IT IS HEREBY ORDERED that the Motion by Gibson, Dunn & Crutcher LLP to withdraw the appearance of Jeffrey Ilan Salomon as counsel for Tuzman in the above-referenced action is granted.

Dated: April 13, 2017

                                             _____
                                             Hon. Paul G. Gardephe