UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA        :

                                                  :

      -against-        :
                                                  Dkt. No. 15 Cr. 536 (PGG)

IRFAN AMANAT,        :

             Defendant.        :
-------------------------------------------------------

PLEASE TAKE NOTICE that BENJAMIN SILVERMAN, ESQ., an attorney duly admitted to practice before this Court, hereby appears as co-counsel for defendant IRFAN AMANAT in the above-captioned action.

Dated:   New York, New York
           APRIL 19, 2017

                                          BENJAMIN SILVERMAN
                                          PATEL & SHELLOW LLP
                                          80 Broad Street, Suite 1900
                                          New York, NY 10004
                                          Tel: (212) 792-4911
                                          Fax:(212) 792-4946
                                          Email: Benjamin.PatelShellowLLP@gmail.com

                                          By: _____/s/_____
                                                BENJAMIN SILVERMAN

*Attorney for Defendant Irfan Amanat*